# EXHIBIT 18

Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are registered trademarks of Gratuity Solutions LLC, a Florida limited liability company and the services provided are further protected by US Patent #9,741,050 and Patent #10,726,436 owned by Gratuity LLC, a Florida limited liability company.  All other marks are the property of their respective owners.
Copyright © 2017 Gratuity Solutions, LLC.  All rights reserved.

# Joint User Agreement and
# Employer Platform Agreement Addendum

# WELCOME

This JOINT USER AGREEMENT (this "**Agreement**") describes the terms and conditions on which GRATUITY SOLUTIONS LLC ("**GS**", "**We**", "**Us**" or "**Our**"), a Florida limited liability company, offers You ("**You**" or "**You**") access to the Services, as defined below.

**BY CLICKING THE "I ACCEPT" BUTTON DISPLAYED AS PART OF THE REGISTRATION PROCESS, YOU AGREE TO ALL TERMS AND CONDITIONS OF THIS AGREEMENT AND FURTHER AGREE THAT THIS AGREEMENT CONSITUTES A LEGALLY BINDING AGREMENT BETWEEN YOU AND GS. IF YOU ARE ENTERING INTO THIS AGREEMENT ON BEHALF OF A BUSINESS, COMPANY OR OTHER LEGAL ENTITY, YOU REPRESENT THAT YOU HAVE THE AUTHORITY TO BIND SUCH BUSINESS, COMPANY OR OTHER LEGAL ENTITY TO THIS AGREEMENT, IN WHICH CASE THE TERMS "YOU" OR "YOUR" SHALL REFER TO SUCH BUSINESS, COMPANY OR OTHER LEGAL ENTITY.  IF YOU DO NOT AGREE TO BE BOUND BY THIS AGREEMENT IN ITS ENTIRETY, THEN YOU MUST <u>NOT</u> ACCESS OR USE THE SERVICES.**

**FURTHERMORE, YOU UNDERSTAND THAT BY CLICKING THE "I ACCEPT" BUTTON DISPLAYED AS PART OF THE REGISTRATION PROCESS AND THEREBY AGREEING TO ALL TERMS AND CONDITIONS OF THIS AGREEMENT, <u>YOU ARE AGREEING TO, WITHOUT LIMITATION, THE MANDATORY BINDING ARBITRATION, CLASS ACTION WAIVER AND JURY TRIAL WAIVER PROVISIONS</u> IN SECTIONS 17. d.-f. BELOW IN THIS AGREEMENT**.

This Agreement both includes and incorporates by this reference the following additional agreements or notifications:  1) Privacy Policy; and 2) Terms and Conditions, as such agreements or notifications may be modified by GS from time to time (collectively, with this Agreement, the "**Website Documents**"). Those other Website Documents are available at https://policies.paydayportal.com/legal/Privacy_Policy_GENERAL.pdf  and https://policies.paydayportal.com/legal/Gratuity_Solutions_App_Terms_and_Conditions.pdf

FURTHERMORE, GS MAY IN ITS SOLE AND ABSOLUTE DISCRETION, AMEND THIS AGREEMENT AND ANY OTHER WEBSITE DOCUMENTS AT ANY TIME BY POSTING THE AMENDED VERSION ON GS'S WEBSITE LOCATED AT http://gratuitysolutions.com (the "**Site**").  GS SHALL NOTIFY YOU, BY E-MAIL SENT TO YOUR MOST CURRENT E-MAIL ADDRESS THAT IS REGISTERED WITH GS, AT

1

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

LEAST FIFTEEN (15) CALENDAR DAYS IN ADVANCE OF ANY SUCH POSTING.  THE DATE OF POSTING CONSTITUTES THE EFFECTIVE DATE FOR ANY SUCH AMENDMENT. YOUR CONTINUED USE OF THE SERVICES AFTER THE POSTING DATE OF ANY SUCH AMENDMENT CONSITUTES YOUR ACCEPTANCE OF, AND AGREEMENT TO BE BOUND BY, THIS AGREEMENT, AND ANY OTHER WEBSITE DOCUMENTS, AS AMENDED.

FURTHERMORE, IN THE EVENT THAT YOU HAVE ENTERED INTO ANY OTHER USER AGREEMENT, LICENSE AGREEMENT OR SIMILAR AGREEMENT WITH GS RELATING TO THE SERVICES PRIOR TO ENTERING INTO THIS AGREEMENT (a "**Prior Agreement**"), THEN ANY SUCH PRIOR AGREEMENT IS HEREBY TERMINATED, RENDERED OF NO FURTHER FORCE AND EFFECT, AND IS HEREBY REPLACED IN ITS ENTIRETY WITH THIS AGREEMENT.

# 1.    Electronic Signature

By clicking the "I ACCEPT" button displayed as part of the registration process for the Services, You are deemed to have executed this Agreement and all other Website Documents electronically, effective on the date and at the time that You clicked "I ACCEPT" (the "**Execution Date**"), pursuant to the U.S. Electronic Signatures in Global and National Commerce Act (the E-Sign Act) (15 U.S.C. § 7001, et seq.) You further acknowledge clicking the "I ACCEPT" button that You are able to electronically receive, download and print this Agreement, and all other Website Documents and any amendments hereto or thereto.

# 2.    You

a.       If You are an owner or a manager of a hospitality business establishment, including, but not limited to, a restaurant, bar, night club, hotel, hair salon or other business in which Your employees or independent contractors accept tips, gratuities, service charges, wages and/or commissions as compensation, and You are entering into this Agreement on behalf of the hospitality business establishment, then You shall be considered a "**Company User**" for purposes of this Agreement. .  Each time You access or use of Your Gratuity Solutions Account You are signifying that You agree to all of the terms and conditions of this Agreement as it exists at the time of such access or use.  Your Gratuity Solutions Account is only for You, and You may not permit any person to have access to or to use Your Gratuity Solutions Account.  If You allow any person to have access to or to use Your Gratuity Solutions Account, You shall be responsible for any act (or omission) that such person makes, including for any type of transaction made by such person.

b.       If You are an employee of, or independent contractor to, the Company User and are identified in the POS (as defined below) as such, and You are entering into this Agreement on Your own behalf, then You shall be considered an "**Individual User**" for purposes of this Agreement.

c.       If You are an employee or individual user and You do not want to use or benefit from any of the services provided by Gratuity Solutions under this Agreement, please email office@gratsync.com with the subject "Opt-Out" and We will provide You the form to execute to Opt out of the Agreement.

# 3.    Services And Additional Definitions

a.       GS has developed, owns and operates an automated gratuity/tip calculation, allocation and distribution software system that integrates with a hospitality business establishment's point of sale system

2

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

("**POS**") to streamline the process of calculating, allocating and paying out tips, gratuities, service charges, wages, commissions and/or other compensation through payroll, paycards or cash payments.

b.      The "**Services**" means all software services, applications and products that are accessible through the Site, GS's network, the Company Portal (as defined below), or the Individual Portal (also as defined below), and all of GS's mobile applications that either link to, or otherwise allow a user to review all or a portion of, GS's software services, applications and products, that are delivered to You in connection with this Agreement.

c.      Additional Definitions.

    i.      "**Agreements and Policies**" means all agreements, policies and rules developed by Company User for its employees and independent contractors in connection with their employment or independent contractor relationships with Company User, which include, without limitation, any employment agreements, employee handbook, policies and/or procedures manual, security policy, workplace rules, Tip/Gratuity Sharing Rules and other similar agreements, policies or rules.

    ii.     "**Applicable Law**" means any and all federal, state and local or international laws, statutes, regulations, rules, codes, guidelines, ordinances or orders of or from any governmental authority that apply to the provisions of this Agreement or Your or GS's independent actions or omissions.

    iii.    "**Company Portal**" means the Gratshare.com web portal that You access if You are a Company User in order to set up and/or update Your Account (as defined below), receive, review and manage the Services, and register Your employees and independent contractors that will also be using the Services.

    iv.     "**Damages**" means all applicable damages, demands, claims, expenses, costs, liabilities, charges, causes of action and fees, including, without limitation, attorney's fees and court or arbitration costs.

    v.      "**Distribution Formula**" means the mathematical application of Company User's Tips/Gratuity Sharing Rules used in connection with calculating, allocating and distributing Tips (as defined below), to Individual Users.

    vi.     "**Fees**" means all fees and charges incurred in connection with Your Account and any other fees incurred in connection with this Agreement. Individual User shall not be charged any Fees for the Services provided under this Agreement, but shall be charged separately for any Convenience Fees or load fees pursuant to its direct agreement with Gratuity Solutions to load its TIPS and/or Wages onto is debit card/reloadable prepaid card or bank account, only if the Employee User elects to use DWOLLA or VISA DIRECT.  The Employee User shall not be charged any fees from Gratuity Solutions for the use of the NetSpend card.

    vii.    "**Individual Portal**" means the Gratshare.com web portal or PayDayPortal.com web portal or mobile application that You access if You are an Individual User in order to set up and/or update Your Account and receive and review the Services.

3

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

viii.    "**Tips**" means any and all tips, gratuities, service charges, wages, commissions and/or other compensation, or percentage shares thereof, paid to an Individual User by Company User.

ix.    "**Tips/Gratuity Sharing Rules**" means those certain rules developed by Company User, which are part of the Agreements and Policies, and which apply to all employees and independent contractors of Company User in connection with tip pooling and/or such employees or independent contractor's receipt of Tips.

x.    "**Your Portal**" means the Company Portal if You are a Company User, and the Individual Portal if You are Individual User.

# 4.    ELECTRONIC DOCUMENTS

a.    You may be entitled to receive certain written records from GS under this Agreement, including, but not limited to, contracts, notices, invoices and communications.  To facilitate efficiency in communications between You and GS, You agree to allow Us to provide these records to You electronically, instead of in paper form, to Your most current e-mail address that We have on record with You.

b.    By accepting and agreeing to this Agreement, You consent to receive and access all such written records via e-mail that We would otherwise be required to provide You in paper form.  However, We reserve the right, in Our sole and absolute discretion, to communicate with You via the U.S. Postal Services or any other third-party mail or delivery service using the address You provided to Us in connection with Your registration process for the Services.  Your consent to receive and access all such written records via e-mail will remain effective until You withdraw it.  You may withdraw this consent at any time by contacting Us at office@gratsync.com.  However, if You withdraw Your consent, You will revoke Your access to the Services and will no longer be permitted to use the Services.  Any withdrawal of Your consent will be effective only after We have had a reasonable period of time to process Your request for withdrawal.  Please be aware that Your withdrawal of consent will not apply to any such written records provided by Us to You before the withdrawal of Your consent becomes effective.

c.    In order to be able to provide You such written records electronically, You agree to notify Us immediately of any change in Your e-mail address by updating Your e-mail address in Your Account (as defined below).

d.    To access and retain such written records that We provide to You electronically, You will need:
   i.    A working and valid e-mail address;
   ii.    Windows 7 version or later of a Windows operating system (all or a portion of the Services may not be compatible with a Macintosh (Mac) operating system);
   iii.    Access to the internet;
   iv.    The Latest Versions of the software, plug-ins, browsers and other applications and programs that are identified by Us in Your Portal to be used by You;
   v.    The Latest Version of a program that can display pdf files, such as Adobe Acrobat Reader;
   vi.    A computer or device that can support all of the above requirements; and

• Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

• Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

vii.     A printer that can interface with such computer or device to print out and retain all such written records that You have received electronically from us, or the ability to electronically store all such written records that You have received electronically from us. You should retain a copy of all such written records that We send to You.

The "**Latest Version**" means the latest version of a software program that is supported by its publisher.

e.     By accepting and agreeing to this Agreement, You represent that (1) You have read and understand the above consent to receive such written records, (2) You satisfy all requirements specified above, and (3) Your consent will remain effective unless and until You withdrawal Your consent as indicated above.

# 5.    YOUR ACCOUNT

To use the Services, You must register for an account in Your Portal (an "**Account**"). In order to register for an Account, You must be, and hereby represent that You are, a legal entity in good standing in Your state of incorporation, or an individual who is at least 18 years old, and has the capacity to enter into legally binding contracts.  If You are a minor, then You must also execute the Consent for Minors form located at https://policies.paydayportal.com/legal/Consent_for_Minors.pdf, and perform any further acts required by GS in its sole discretion to demonstrate that You have the legal capacity to enter into this Agreement.


a.     GS reserves the right, in Our sole and absolute discretion to refuse, suspend or revoke Your access to the Services at any time if: (1) You, as Individual User or the Company User fails to register Your account within 30 days of initial implementation; or (2) We learn that any information You provided i) in Your Account, ii) in connection with the Services, or iii) to Us at any time, is not true and accurate, or is not complete, or such information or any other conduct otherwise violates this Agreement, or for any other reason or for no reason in GS's sole and absolute discretion.

b.     If You are an Individual User, You consent to allow GS to disclose all information You provide to GS in connection with Your Account and the Services to the Company User that is named in Your Account ("**Your Company User**") for purposes of GS's delivery of the Services to You and to such Company User.

c.     When You register for an Account, and during any time thereafter, Your Account will be subject to GS's verification of Your identity.  This verification may be conducted by GS or any third party, and may include, but not be limited to, verification through one or more governmental or other legal documents that confirm Your identity, through searches of third party databases or through any other standard means of verification of identity.  You further authorize GS, and any of its third party contractors, to make inquires to verify Your identity and legal capacity to enter into this Agreement, to confirm ownership of Your e-mail accounts, or to confirm ownership of Your financial accounts, subject to Applicable Law.

d.     When You register for an Account, You will be asked to assign a username and password for Your Account.  You are fully responsible for protecting and maintaining the confidentiality of Your username and password, and You acknowledge and agree that GS may assume that any person accessing the Services with Your username and password, is either You or is authorized to act on Your behalf.  You further agree to notify Us immediately if You suspect or learn that Your username and

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

password has been compromised, or there has been any unauthorized access to Your Account or the Services.  You further agree that You will not use any username or password of any other user of the Services that You have not been given authorization to use, and prohibit others who are not authorized to do so to use Your username or password, or access Your Account or the Services.

# 6.    Term and Termination

a.    The term of this Agreement will commence on the Execution Date and shall continue for a period of thirteen (13) calendar months (1 month free trial, plus 12 month paying term). The Term shall automatically renew for an additional 12 month term unless the Company User terminates by providing written notice of cancellation, at least 60 days prior to the expiration of the Term, which notice must by delivered to office@gratsync.com and billing@gratsync.com (the "**Term**").

Gratuity Solutions hereby agrees that the Company User may terminate this Agreement for any reason during the 30-day free trial period, within the selected Pilot location, with no additional contractual obligations to proceed with the remainder of the Agreement or the terms set forth herein. However, should the Company not terminate the agreement within the 30-day free trial period, the Agreement shall be in full force and effect, subject only to the Company User's right to terminate as set forth above and in the master Agreement.

After the 30-day free trial period, and for the duration of the Agreement, Service Provider shall be entitled to publicly announce that Company User is using the services of Gratuity Solutions, but neither party shall disclose the financial terms or business arrangement between them.
b.    GS may elect to terminate this Agreement for cause upon thirty (30) days' written notice to you, with an opportunity to cure.

c.    At any time during the pendency of this Agreement, GS may elect to terminate this Agreement immediately upon written notice to You if the software associated with the POS fails to properly interface with, or otherwise work with, the Services for any reason.

d.    In the event of any termination of this Agreement, Your right to use and access the Services is automatically and immediately revoked and Your Account will be closed.

e.    However, notwithstanding anything to the contrary contained in this Agreement, no termination of this Agreement will release You from any obligations to Us incurred by You prior to the termination of this Agreement, including, but not limited to, any obligation to pay GS any fees owed to GS in connection with this Agreement, and furthermore, for any authorization to bill your Credit Card, You hereby authorize GS to charge Your valid credit card for any such fees and taxes pursuant to **Section 7.b.ii below**. Furthermore, all portions of this Agreement necessary to enforce or implement any such obligations shall survive any termination of this Agreement.

f.    Except as otherwise required by Applicable Law, GS will provide you 30 days written notice if We intend to close Your Account.  You acknowledge and agree that the value and reputation of the Services depend on transparency of all users' Account status, including both Yours and Your Associated Users (as defined below).  You therefore agree as follows:  If GS elects to terminate this Agreement, suspend the Services and/or close Your Account, then GS has the right to i) notify all other Associated Users of this termination, suspension or Account closure, and/or ii) provide these Associated Users with a summary of the reasons for this termination, suspension or Account closure.  The term "**Associated Users**" means if

6

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

You are a Company User, then You and all of Your Individual Users (as defined below), or if You are an Individual User, then You, Your Company User and all other users of the Services registered in Your Company User's Account.

g.        If this Agreement or Your Account is terminated or suspended for cause, which is not cured by the Company User, You will no longer have access to the Services, Your User Data, as defined below, or any other content or information You store on or in the Services. You will have the ability to download all data during the 30 day notice period, after which time Gratuity Solutions shall not longer be responsible. If practicable or required by Applicable Law, GS will retain this information for up to six (6) years immediately following the date of such termination or suspension.  However, You agree that any termination or suspension of this Agreement or Your Account may involve deletion of any such User Data, other content or information, for which GS will have no liability whatsoever.

# 7.    Fees, Taxes and Payments

a.        Fees

    i.        If You are a Company User and You never entered into a Prior Agreement with GS, then, in consideration for the Services provided by GS, You hereby agree to pay GS all Fees incurred in connection with this Agreement.

    ii.        All Fees will be calculated based on the pricing schedule available on GS's website located or as agreed in a separate letter of intent or memorandum of understanding, all of which may be subject to a separate, written agreement by and between You and GS (the "Pricing Schedule").  You acknowledge and agree that GS reserves the right to add or modify any Fees or Fee amounts within the Pricing Schedule, and You will be responsible for paying all such added or modified Fees or Fee amounts upon thirty (30) days' notice to You by GS of such modifications. GS reserves the right to increase the Fees at any time, which shall be noticed to the User in the monthly invoice. Payment of the increased invoice shall be construed as acceptance of the increase going forward.

b.        GS shall send You an invoice via e-mail for all Fees incurred by You in the previous calendar month.  You have the option to pay via check or valid credit card.

    i.If You choose to pay by <u>check</u>, please mail Your check to GS at the following address:

        Gratuity Solutions, LLC
        Attn: Accounts Receivable
        3520 Kraft Road #200
        Naples, FL 34105

    ii.If You choose to pay by <u>valid credit card</u>, You must first input all required credit card information into Your Account.  You further authorize GS to run credit card authorizations on all credit cards provided by You to GS, to store Your credit card information as Your method of payment for the Services, and to charge Your credit card each month for all Fees owed to GS in connection with this Agreement as and when such Fees become due and payable under the terms of this Agreement.  You represent, warrant and covenant that: i) You are legally authorized to provide such information, ii) You are legally authorized to permit GS to charge Your credit card as set forth in this Section 7, iii) such actions do not violate any terms and conditions applicable to the

● Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

● Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

use of Your credit card, and iv) there are sufficient funds or credit available to complete each payment for the Services, and, if not, then You are solely responsible for paying such payment for the Services by other means.

c.      You further agree to be obligated to pay an administrative processing fee equal to three percent (3%) of the outstanding balance of each invoice that is paid by credit card or electronic check.

d.      You further agree to pay all present and future local, state and federal taxes and duties imposed upon this Agreement and/or Your use of the Services, including, but not limited to, all sales, use and services taxes. This Agreement shall not cause or be deemed to cause GS or GS'S personnel, agents, affiliates, subcontractors or licensors to be liable for any present or future local, state or federal taxes or duties (including sales, use and personal property taxes) levied on You or in connection with Your business or assets.

e.      All Fees shall be paid no more than thirty (30) days after invoice date, which shall be sent to You via e-mail.  After this thirty (30) day period has expired, interest shall accrue at the lesser of one percent (1.0%) per month or the maximum rate of interest permitted by Applicable Law on all outstanding Fees owed to GS.  At any time after this thirty (30) day period has expired, GS may, in its sole and absolute discretion, suspend Your, Your Company User's (if You are an Individual User), and/or Your Individual Users' (if You are a Company User) use of and access to the Services until all outstanding Fees, all accrued interest and any costs or expenses incurred by GS in connection with GS's collection of these Fees are paid in full.

f.      All Fees paid to GS are non-refundable, except as otherwise required by Applicable Law.

# 8.    Intellectual Property; License to Services; License to User Data

a.      The Services, including, but not limited to, all formula(s), programs, modules, software, the Site, the Company Portal, the Individual Portal, source code, mathematical equations and methodologies associated therewith (collectively, "**Corresponding Software**"), and all patent rights, copyright rights, moral rights, rights of publicity, mask word rights, trademark rights, trade dress and service mark rights, goodwill, trade secret rights and any other intellectual property rights, and all applications therefore, and registrations, renewals and extensions thereof, and all goodwill associated therewith under the laws of any state, country, territory or other jurisdiction, relating to the Services or to GS (collectively, "**Intellectual Property Rights**"), are and remain the exclusive property of GS or GS's licensors, and all right, title, and interest thereto remains exclusively in GS or GS's licensors, with exception to the license granted to use the Services pursuant to Section 8.e. below.

b.      With exception to the license granted to use the Services pursuant to Section 8.e. below, You acknowledge and agree that You have no right, title or interest in the Services, Corresponding Software or Intellectual Property Rights, and further acknowledge and agree that You shall not undertake to register for copyright, trademark or patent rights, or otherwise attempt to gain any other ownership rights in whole or in part to, the Services, Corresponding Software or Intellectual Property Rights.  You acknowledge that any registration or attempt to register by GS for any Intellectual Property Rights

8

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

corresponding with the Services shall not cause or be construed to cause any portion thereof to be in the public domain.

c.       Any changes, ideas, concepts, know-how, techniques, advice, modifications, enhancements or evaluations of or concerning the Services submitted or proposed by You (collectively "**Changes**") shall hereby become the exclusive property of GS or GS's licensors, and You shall not have or retain any right, title or interest in or to the Changes.  Furthermore, by submitting or proposing any Changes, You agree that 1) Your submittal or proposal is voluntary, unsolicited and gratuitous, and will not subject GS to any further obligations, 2) Your Changes do not contain the proprietary or confidential information of any third party, 3) We are free to use the Changes for any purpose, 4) We are free to disclose the Changes on a non-confidential basis to any person, 5) We owe You no compensation whatsoever for Your submittal or proposal of the Changes, or Our use or distribution of the Changes.

d.       The Services may contain or be derived from software and services provided by third parties under licenses to GS. Except as otherwise agreed upon by GS and these third parties, these third parties retain all right, title and interest (including ownership of patent, trademark and/or copyright) in and to such software and any derivative works of such software prepared by or on behalf of You by GS or any other party.

e.       GS does hereby grant You a limited, non-exclusive, non-transferable, revocable license to use and access the Services for Your use in accordance with this Agreement during the Term.  This license shall automatically terminate, and be rendered of no further force and effect, immediately upon any suspension of the Services or any termination or expiration of this Agreement.  If You are a Company User, then You agree to access and use the Services solely for the internal business use of Your hospitality business establishment, and not for any other use.  If You are an Individual User, then You agree to access and use the Services solely in connection with Your employment or independent contractor relationship with Your Company User, and not for any other use.  You agree to not access, or attempt to access the Services by any other means other than the means provided by GS, and You will not use the Services or any information or content from the Services, other than for the limited purposes described in this Agreement.  You shall not distribute, sell, resell, reproduce, modify, publicly perform, display, repost, prepare derivative works based on, or perform any other similar action with the Services, or use any information or content gained from the Services.  You shall not use any information or content from the Services in any other networked environment or on any other website for any reason without GS's prior written consent.  You shall not link the Services to any other networked environment or website without GS's prior written consent.

f.       You shall not, and shall not attempt to, reverse engineer, disassemble, modify, adapt, translate, prepare derivative works based on, attempt to interfere with the operation of, decompile, or attempt to derive the source code from, any portion of the Services or Corresponding Software, or permit or cause any third party to do so on Your behalf.  You agree to indemnify Company from any and all damages incurred as a result of a breach of this paragraph. You shall not access the Services for purposes of building competing software, performing any analysis of the Services or performing any benchmark testing.  You shall not sell, transfer, publish, disclose, display or otherwise make available the Services or copies thereof in any form whatsoever, including flow charts, logic diagrams, object code, source code and technical documentation, to any third party without the prior written consent of GS. You acknowledge and agree that GS may place any web advertising in GS's discretion on the Site, in Your Portal or any other location in the Services. You shall secure and protect the Services and all copies thereof in a manner consistent with the maintenance of GS's rights therein, and, if You are a Company User, You

9

• Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

• Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

shall take appropriate action by instruction or agreement with Your Individual Users who are permitted access to the Services to satisfy Your obligations under this Agreement. If it is found that You, directly or indirectly, have attempted to reverse engineer or hack the Services or allowed access to a third party to attempt to do so, GS may immediately terminate Your use and access to Services, and You shall be liable to GS for all damages and expenses associated therewith.

g.      GS reserves the right to update, upgrade, modify, enhance and repair the Services (collectively, and including any related documentation, "**Updates**") at any time and in GS's sole and absolute discretion, and may, but shall not be required to, give reasonable notice to You in advance of making any such Updates, provided that GS shall provide reasonable prior written notice of any Updates anticipated to result in interruption in service.  Furthermore, You hereby fully and irrevocably release GS from any and all liability in connection with any reasonable downtime of the Services associated with any Updates, but GS will do its best to provide a commitment for 99% uptime.  Furthermore, You acknowledge and agree that:

    i.      Updates may modify or entirely delete certain functions or features within the Services;

    ii.      GS has no obligation to provide Updates, nor continue to provide certain functions or features within the Services;

    iii.      You will promptly download or otherwise apply all Updates to the Services, and You further acknowledge and agree that the Services may not function properly if You fail to do so;

    iv.      All Updates are subject to the terms of this Agreement; and

    v.      GS may suspend, modify or discontinue all or a portion of the Services at any time without prior notice, and You further acknowledge and agree that GS shall not be liable to You or any third party for any such suspension, modification or discontinuance of all or a portion of the Services.

h.      Nothing contained in this Agreement shall be construed as a right or license conferred to You to use or access the source code to the Services or Corresponding Software.

i.      Furthermore, and unless expressly stated herein, You agree that nothing in this Agreement shall confer to You any license or right, title or interest in or to the Services, Corresponding Software or Intellectual Property Rights, whether by implication, estoppel, or otherwise, and all rights not expressly granted herein are reserved.

j.      **User Data:**

    i.      Any data, content, work hours information, tip allocation information, photos, images, videos, music, feedback or any other information that You provide to GS through the Services, or through the POS which interfaces with the Services, shall be hereinafter referred to as "**User Data**".

    ii.      You represent and warrant that, when You provide GS with User Data, You 1) have the power, rights and authority to do so, 2) grant the licenses described below in Section 8.j.iii. with respect to such User Data, and 3) will not violate, infringe or misappropriate any third party's rights of any kind, including, but not limited to, any third party's intellectual property rights to the User Data.

10

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

iii.     You retain ownership rights to all User Data You provide to GS through the Services. However, to the extent permitted by Applicable Law, You also hereby grant to GS, its affiliates and its successors, a non-exclusive, transferable, perpetual, irrevocable, world-wide, sub-licensable, royalty free license to 1) use, reproduce, modify, translate, publish, list, publicly display, edit, and make derivative works of all User Data that You provide to GS, in whole or in part, and in any form, media or technology, for use in connection with the Services or GS's (or its affiliates or successors') businesses, including, but not limited to, for promoting and redistributing part or all of the Services, and any derivative works thereof, in any media formats and through any media channels, 2) DE-IDENTIFY, AGGREGATE WITH ANY OR ALL OTHER USERS OF THE SERVICES, AND DISTRIBUTE OR SELL YOUR USER DATA TO ANY THIRD PARTY GOVERNMENTAL ENTITY, PRIVATE ENTITY OR INDIVIDUAL, 3) retain and use any server or archival copies of all of Your User Data which You have deleted from the Services, and 4) if You are an Individual User, to distribute Your User Data to Your Company User in connection with the delivery of the Services to You and Your Company User. Furthermore, You hereby waive any rights to royalties or other compensation of any kind in connection with the licenses You have granted to GS under this Section 8.j.iii.

# 9.    Your Representations and Warranties:

a.     You represent and warrant that:

i.     You are, a legal entity in good standing in Your state of incorporation, or an individual who is at least 18 years old, and have the capacity to enter into legally binding contracts; provided, however, that if You are a minor (if You are 17 years old or Younger; or if You are 18 years old or Younger and live in the states of Alabama or Nebraska; or if You are 20 years old or Younger and live in the state of Mississippi), You have fully executed and delivered to GS the Consent for Minors form located at: https://policies.paydayportal.com/legal/Consent_for_Minors.pdf and performed all further acts for GS to demonstrate that You have the legal capacity to enter into a contract;

ii.     You are not an individual under the age of 13, as any such individual is prohibited from entering into this Agreement or receiving the Services;

iii.     You will comply with all Applicable Laws in connection with Your use of the Services;

iv.     You will pay all federal, state, local and international, if applicable, taxes, duties, tariffs, and any other fees levied by a governmental entity in connection with Your use of the Services;

v.     You will not make any misrepresentations about the Services to anyone;

vi.     You will not discriminate against anyone on the basis of race, religion, gender, national origin, physical or mental disability, medical condition, marital status, age or sexual orientation in connection with Your use of the Services.

b.     If You are a <u>Company User</u>, then:

11

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC. All rights reserved.

i. You represent and warrant that the Tips/Gratuity Sharing Rules, Agreements and Policies, and Distribution Formula are in compliance with all Applicable Law, including, without limitation, with all U.S. Internal Revenue Service and the U.S. Department of Labor rules and regulations.

c. If You are an Individual User, then:

i. You represent and warrant that You are either a United States citizen or are otherwise legally eligible to work in the United States during the entire Term.

# 10. Acknowledgements

a. You acknowledge and agree that:

i. GS, and its affiliates and third party service or data providers, licensors, distributors or suppliers (collectively, the "**Suppliers**") are not providing and will not provide any tax advice or labor and employment advice in connection with this Agreement or the Services;

ii. You are not relying on GS, Suppliers, or the Services for tax advice, legal advice or any other professional advice germane to any Applicable Laws;

iii. GS and the Suppliers are not providing access to the internet or to any other service, content or data transmitted through the internet;

iv. GS and the Suppliers are not responsible for providing You with any advice or opinion relating to whether Your use of the Services will satisfy or ensure compliance with any Applicable Law, including, but not limited to, any legal obligations, laws, regulations or rules imposed by the U.S. Internal Revenue Service, the U.S. Department of Labor, the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), the Gramm-Leach-Bliley Act of 1999, the Sarbanes-Oxley Act of 2002, or any other Federal, State or local legal obligations, laws, regulations or rules, or any other legal obligations, laws, regulations or rules imposed by any country other than the U.S.;

v. You and Your Associated Users are collectively responsible for compliance with all Applicable Law relating to wage laws, tip sharing laws, income tax calculations and payments, and all other similar Applicable Laws;

vi. You shall not violate any Applicable Law in connection with Your use of or access to the Services;

vii. The Distribution Formula is derived directly from Your (if You are a Company User), or Your Company User's (if You are an Individual User), Tips/Gratuity Sharing Rules and Agreements and Policies, and You further acknowledge and agree that GS did not take part, nor is GS responsible for, the drafting of the Tip Distribution Rules that make up the

12

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.
- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

Distribution Formula nor any tip/gratuity sharing percentages and You hereby fully and irrevocably release GS from any liability associated with the Distribution Formula;

viii. The Services are not attributable to managers and other employees that do not have tip eligible job codes as defined by the Department of Labor;

ix. You shall not impersonate any person or entity in connection with Your use of or access to the Services;

x. You shall not interfere with or disrupt the Services, or the servers or networks connected to the Services;

xi. You shall not provide any false, inaccurate or misleading User Data to GS or into the Services;

xii. You shall not forge headers or otherwise manipulate identifiers to mask the origin of any information transmitted through the Services;

xiii. You shall not mirror or frame any part of the Services without GS's prior written consent, or use code, meta tags or other devices containing any reference to GS in order to direct any person to any other website for any purpose;

xiv. You shall not use any robot, spider, site search/retrieval application, or other manual or automatic device or process to scrape, index, data mine, retrieve, or in any way reproduce or circumvent the Services or its Corresponding Software;

xv. You shall not assign, sell or otherwise transfer Your Account, username, password or any other Account information to any third party without GS's prior written consent;

xvi. You shall not use or access the Services for any purpose other than what is permitted under this Agreement;

xvii. You shall not cause any third party to engage in any activity that would otherwise cause a breach of this Agreement if You were performing such activity;

xviii. GS has the right to suspend or close the Services or Your Account at any time, for any or no reason without prior notice given to You;

xix. All or a portion of the Services are not compatible with a Macintosh (Mac) operating system;

xx. Without limiting GS's other rights or remedies, if You engage in any activities that prevent GS from charging You the appropriate amount of Fees based on normal use of the Services, then You must pay GS all Fees which would have been owed to GS as if no such activities took place, plus all Damages GS incurred relating to its investigation of such activities, including, without limitation, all losses, expenses, cost of GS employees' time and associated collection fees; and

13

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

xxi.    During the Term, You shall not use, license, sell or develop any products or services that are substantially similar to, or otherwise compete with the Services.

b.    If You are a <u>Company User</u>, then You further acknowledge and agree that:

i.    You are solely responsible for ensuring that Your Tips/Gratuity Sharing Rules, Agreements and Policies, and the Distribution Formula are in compliance with all Applicable Law;

ii.    The Tips/Gratuity Sharing Rules and Agreements and Policies were created by You, and not GS, and are specific to Your business;

iii.    You have provided GS with Your Tips/Gratuity Sharing Rules, and GS has drafted the Distribution Formula based on Your Tips/Gratuity Sharing Rules. GS has further provided You with the Distribution Formula for Your review and approval.  If any delivery of the Services to You or Your Individual Users takes place, then it shall be assumed that You have approved the Distribution Formula for implementation into the Services;

iv.    The Tips/Gratuity Sharing Rules, Agreements and Policies, and the Distribution Formula have been provided to all of Your Individual Users and to GS, and You have obtained all applicable, required signatures, written agreements, consents and all other required documents and acknowledgements in connection with the Tips/Gratuity Sharing Rules, Agreements and Policies, and the Distribution Formula, from Your Individual Users in accordance with all Applicable Law;

v.    You have the right to modify Your Tips/Gratuity Sharing Rules, Agreements and Policies, and the Distribution Formula at any time in Your sole and absolute discretion.  However, You a.) are solely responsible for notifying Your Individual Users accordingly, and b) <u>must give GS at least three (3) business days' advanced written notice before the start of any pay period of any modifications You intend to make to Your Tips/Gratuity Sharing Rules, Agreements and Policies, and the Distribution Formula, if You wish to have such modifications apply to such pay period</u>.  Any failure to provide this modification notice to GS in writing or with less than (3) business days advanced written notice before any pay period will not be implemented by GS for such pay period.

vi.    You shall cause all of Your eligible tipped employees and managers to register with GS to become Your Individual Users within thirty (30) days after the Execution Date, and within thirty (30) days after any new tipped employee or manager is hired after the Execution Date.

vii.    You are responsible for all of Your Individual Users' actions with respect to their use of the Services, and You will monitor their use of the Services to ensure that all User Data that they submit through the services is accurate, and that their use of the Services is compliant with this Agreement and all Applicable Law.

c.    If You are an <u>Individual User</u>, then You further acknowledge and agree that:

14

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

i. The Services provided to You are only Tips distribution formula mechanisms, and GS provides no oversight or assurance that Your Company User's actions, or Your use of the Services based on Your Company User's actions or the Tips/Gratuity Sharing Rules, Agreements and Policies, or Distribution Formula, are in compliance with minimum wage standards, tax law or any other Applicable Law;

ii. You hereby fully consent to be compensated through a paycard or digital wallet for Your Tips, and further acknowledge and agree that it is Your Company User that pays You all Tips, and GS does not pay, nor shall GS be responsible for paying, You any Tips; (**If You are using the Gratuity Solutions PayDataPortal APP and VisaDirect Choice to receive payment of Your Tips or Wages, please refer to the terms and conditions of the GRATUITY SOLUTIONS PAYDAYPORTAL MOBILE PAYDAYPORTAL APP AND GRATUITY SOLUTIONS ACCOUNT TERMS OF USE and ELECTRONIC FUND TRANSFER (EFT) AGREEMENT, ASSIGNMENT OF YOUR EARNED GRATUITIES and WAGES**);

iii. You must clock in and out of Your Company User's POS for each employment shift in order to be eligible for the Services for such employment shift.  If You change employment designation during any shift, You must clock out of one shift and clock in to the new shift (i.e. if You change roles from busser to server, You must clock out from being a busser and clock in as a server. ) If You fail to clock in or out of the POS, for any employment shift, then You must notify Your Company User at any time prior to the ending time or final date of that tip payment period in order to remain eligible for receipt of Your Tips for that tip payment period.  Failure to do so may result in non-payment of Your Tips for that tip payment period, as the Services provided by GS cannot be rendered. Each Individual User has the sole responsibility to make sure he/she is clock-in and clocked-out.  The tip payment period could be as short as a few hours within a single employment shift, so please consult Your Company User's Tips/Gratuity Sharing Rules and Agreements and Policies for further information. Furthermore, You acknowledge and agree that GS may not be able to perform nor deliver the Services accurately unless You properly clock in and out of Your employment shifts in the POS.  Furthermore, You acknowledge and agree that GS is not liable for, and You hereby fully and irrevocably release GS from any liability associated with, any unpaid Tips and Your remedies to recoup any such unpaid Tips shall be solely and exclusively against Your Company User;

iv. If, at any time, You change employment positions within Your Company Users' organization, and this change results in a modification to Your Tips' percentages or amounts, then You are solely responsible for ensuring that Your new role and employment position is correctly identified in the POS, and You must clock-in to the new role in order to be paid accordingly.  If such a role does not exist, You must notify GS immediately of such change via e-mail at support@gratsync.com and office@gratsync.com, and prior to any employment shift for which such modification would be applicable;

v. If You change work addresses for any reason, then You must notify GS within thirty (30) days of such change by e-mail Us at support@gratsync.com and office@gratsync.com;

15

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

vi.     If Your employment or independent contractor relationship with Your Company User is terminated for any reason, then GS reserves the right to immediately suspend the services and/or terminate this Agreement upon notice to You;

vii.    If You do not earn at least $20.00 in Tips, or work a minimum of two (2) hours, during any employment shift You will not be charged Fees in connection with that employment shift; and

viii.   This Agreement, and Your access to the Services, is fully subject to Your Company User's compliance with this Agreement, and You agree that any termination of Your Company User's Agreement or suspension of Services provided to Your Company User may result in a termination of this Agreement or a suspension of the Services provided to You.

# 11.  Confidentiality

a.      You agree to not use any technical information, financial information, designs, work flows, software, user interfaces, marketing designs or materials, operational methods, product development plan and techniques, data, computer programs, systems, software, source code, object code, hardware systems, mask words databases, financial information, customer information, legal or litigation information and strategy, pricing information or terms of contracts, or any other similar or related information developed or possessed by GS, including, without limitation, trade secrets as defined under Applicable Law, relating to the Services, to GS or GS's business, operations or real or intellectual properties (collectively, "**Confidential Information**") disclosed to You by GS or learned by You through Your use of the Services for any purpose other than the limited purposes set forth in the Agreement.  You shall not disclose or permit disclosure of any Confidential Information to any third party.  You shall take all reasonable measures to protect the secrecy of the Confidential Information of GS, and prevent it from falling into the public domain.

After the 30-day free trial period, and for the duration of the Agreement, Service Provider shall be entitled to publicly announce that Company User is using the services of Gratuity Solutions, but neither party shall disclose the financial terms or business arrangement between them.

b.      However, notwithstanding the foregoing, You shall not have liability under this Section 11, if You can prove with clear and demonstrable evidence that the subject Confidential Information i) had entered into the public domain through no fault of Your own prior to Your disclosure of the subject Confidential Information to the public domain, ii) was known to You without restriction prior to Your disclosure of the subject Confidential Information to the public domain, iii) was disclosed with the prior written consent of GS, or iv) was disclosed pursuant to an order or requirement of a court or other governmental body, provided, however, that You shall provide prompt notice of such order or requirement to GS to enable GS to seek a protective order to otherwise prevent or limit such disclosure.

c.      GS shall not disclose or permit the disclosure of any Confidential Information of the Company User or Employee User. GS shall take all commercially reasonable steps to protect the secrecy and confidentiality of the Confidential Information of the Company User.

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.
- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

d.        California Consumer Privacy Act. THE PARTIES ACKNOWLEDGE THAT COMPANY USER MAY BE SUBJECT TO THE CALIFORNIA CONSUMER PRIVACY ACT (AS MAY BE AMENDED AT ANY TIME AND WITH REGULATIONS PROMULGATED IN CONNECTION THERETO, THE "CCPA"), WHICH IS AN EXAMPLE OF DATA PRIVACY LAWS, AND THE PARTIES INTEND FOR SERVICE PROVIDER TO BE A "SERVICE PROVIDER" AND NOT A "THIRD PARTY" WITHIN THE MEANING OF THE CCPA.  IN FURTHERANCE OF SUCH MEANING, AND FOR THE PURPOSE OF AVOIDING COMPANY USER BECOMING LIABLE FOR ANY VIOLATION OF THE CCPA BY SERVICE PROVIDER, THIS AGREEMENT HEREBY PROHIBITS SERVICE PROVIDER FROM (I) SELLING ANY PERSONAL INFORMATION THAT SERVICE PROVIDER RECEIVES, AND (II) RETAINING, USING, OR DISCLOSING ANY PERSONAL INFORMATION THAT SERVICE PROVIDER RECEIVES FOR ANY PURPOSE OTHER THAN FOR THE SPECIFIC PURPOSE OF PERFORMING THE SERVICES SPECIFIED IN THIS AGREEMENT, INCLUDING RETAINING, USING, OR DISCLOSING THE PERSONAL INFORMATION FOR A COMMERCIAL PURPOSE OTHER THAN PROVIDING THE SERVICES SPECIFIED IN THIS AGREEMENT. SERVICE PROVIDER HEREBY CERTIFIES THAT IT AND ITS PERSONNEL FULLY UNDERSTAND THE RESTRICTIONS CONTAINED HEREIN AND WILL FULLY COMPLY WITH THEM, AND IT HAS TAKEN AND WILL TAKE ALL NECESSARY STEPS TO ENSURE ITS PERSONNEL ARE FULLY AWARE OF THE CCPA ON AN ONGOING BASIS.

# 12.  Disclaimers

a.        YOU AGREE THAT THE SERVICES ARE PROVIDED TO YOU "AS IS", "WITH ALL FAULTS" AND ON AN "AS AVAILABLE" BASIS. FURTHERMORE, AND EXCEPT AS EXPRESSLY SET FORTH IN THIS AGREEMENT, AND TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, GS EXPRESSLY DISCLAIMS ALL CONDITIONS, REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE OR NONINFRINGEMENT WITH RESPECT TO THE SERVICES, THE CORRESPONDING SOFTWARE, GS'S INTELLECTUAL PROPERTY RIGHTS AND GS'S CONFIDENTIAL INFORMATION. FURTHERMORE, AND NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED IN THIS AGREEMENT, GS MAKES NO REPRESENTATION, GUARANTEE OR WARRANTY TO EITHER YOU OR ANY THIRD PARTY THAT i) THE USE OF THE SERVICES WILL BE SECURE, TIMELY, UNINTERUPTED, ACCURATE OR ERROR-FREE, OR WILL SUFFICIENTLY OPERATE IN COMBINATION WITH ANY OTHER HARDWARE, SOFTWARE SYSTEM OR DATA, ii) THE SERVICES WILL MEET YOUR OR ANY THIRD PARTY'S REQUIREMENTS OR EXPECTATIONS, iii) ANY STORED DATA WILL BE AVAILABLE, ACCURATE OR RELIABLE, iv) ANY ERRORS OR DEFECTS WILL BE CORRECTED, OR v) THE SERVICES ARE FREE OF VIRUSES, MALWARE OR OTHER HARMFUL COMPONENTS.

# 13.  Limitations of Liability

a.        You agree that GS is not liable for, nor responsible for, and you further agree to fully and irrevocably release GS from all liability associated with, any Damages arising out of or relating in any wayto the Services, including, but not limited to:

17

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

i.      Occasional delays or disruptions in your use of, or access to, the Services;

ii.     Errors, glitches, bugs or inaccuracies of any kind in the Services to the extent that such errors, glitches, bugs or inaccuracies do not materially impede the provision of Services under the Agreement;

iii.    The actions, errors or omissions of any third party's use of the Services;

iv.     The actions, errors or omissions of any third party's software, products or services whichare used in conjunction with the Services;

v.      Any termination or suspension of this Agreement, your Account or your access to theServices for reasonable cause;

vi.     Your manual changes to Your Portal, Account, the POS or any other software used inconnection with the Services whatsoever that may cause an interruption in the performance or delivery of the Services;

vii.    Any errors or omissions in the calculation or allocation of Tips that are caused by orattributable to the POS reports information, or lack thereof;

viii.   Any issues arising out of how the opening and closing of employment shifts may be inconsistent with, or otherwise incompatible with, the format, structuring, performance ordelivery of the Services;

ix.     Any computer viruses or other malicious software within your computer systems, devicesor within the POS system that interfaces with your computer systems.

x.      Any interruption in power or internet service;

xi.     Any errors or omissions within, or violations of any Applicable Law resulting from Your Tips/Gratuity Sharing Rules, Agreements and Policies, or Distribution Formula to the extent based on and accurately reflecting Your Tips/Gratuity Sharing Rules, Agreements and Policies, in connection with your use of the Services;

xii.    Any violation of, or non-compliance with, any Applicable Law by you or your AssociatedUsers;

xiii.   Any actions, errors or omissions outside of GS's reasonable control;

xiv.    Any unauthorized access to, or otherwise data breach of, your User Data or the Servicesby a third party, except to the extent that such unauthorized access or data breach is the result of GS's negligent or willful acts or omissions;

18

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

xv.        Any actions, errors or omissions relating to issues that are solely caused by, or solely under thecontrol of third parties, including, without limitation, any failure to properly load compensation onto a paycard; or

xvi.        Any breach or other violation of this Agreement by you or your Associated Users.

b.        NEITHER GS NOR ANY SUPPLIERS SHALL BE LIABLE FOR ANY SPECIAL, INDIRECT, INCIDENTAL, EXEMPLARY, PUNITIVE, CONSEQUENTIAL OR OTHER SIMILAR DAMAGES (INCLUDING, WITHOUT LIMITATION, LOST OF PROFITS, DATA, PRODUCTION OR BUSINESS OPPORTUNITIES, OR LITIGATION COSTS OR INSTALLATION AND REMOVAL COSTS) THAT YOU OR ANY THIRD PARTY MAY INCUR OR EXPERIENCE IN CONNECTION WITH THIS AGREEMENT. IF, NOTWITHSTANDING THE TERMS OF THIS AGREEMENT, LIABILITY CAN BE IMPOSED ON GS OR ANY SUPPLIERS, THEN YOU ACKNOWLEDGE AND AGREE THAT THE LIABILITY OF GS AND ALL SUPPLIERS TO YOU OR ANY THIRD PARTY FOR ANY CLAIM ARISING OUT OF OR RELATINGTO THIS AGREEMENT IN ANY WAY WILL NOT EXCEED THE GREATER OF i) $10,000.00, OR ii) ALL FEES RECEIVED BY GS IN CONNECTION WITH YOUR ACCOUNT DURING THE SIX (6) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE OF THE CLAIM. ALL LIMITATIONS OF LIABILITY CONTAINED IN THIS SECTION 13 WILL APPLY TO ANY LIABILITY, HOWEVER CAUSED AND UNDER WHATEVER THEORY OF LIABILITY, WHETHER ARISING AT LAW OR IN EQUITY OR WHETHER ARISING IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR COSTS.

# 14.  Indemnification

You will indemnify, defend and hold harmless GS, and its directors, officers, shareholders, employees, representatives, independent contractors, professional advisors and lenders (each, along with GS, an "**GS Indemnified Party**") from any and all Damages arising from or relating to any claim, suit,action, demand or proceeding brought by you or a third party or any other user of the Services againstany GS Indemnified Party relating to:

i.        The actions, errors or omissions of any third party's software, products or services whichare used in conjunction with the Services;

ii.        Your manual changes to Your Portal, Account, the POS or any other software used inconnection with the Services whatsoever that may cause an interruption in the performance or delivery of the Services;

iii.        Any errors or omissions in the calculation or allocation of Tips that are caused by orattributable to the POS reports information or lack thereof;

19

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

iv. Instances in which employees' failure to clock in or out delays or prevents the provision of the Services under this Agreement;

v. Any computer viruses or other malicious software within your computer systems, devicesor within the POS system that interfaces with your computer systems.

vi. Any errors or omissions within, or violations of any Applicable Law in connection with, theTips/Gratuity Sharing Rules, or Agreements and Policies, in connection with your use of the Services;

vii. Any violation of, or non-compliance with, any Applicable Law by you;

viii. Any employment related claims, including, without limitation, those related to employment discrimination, termination, harassment or retaliation; and any claims for unpaid tips, gratuities, service charges, wages, commissions and/or other compensation,overtime pay, holiday or vacation pay, sick leave, retirement benefits, worker's compensation benefits, unemployment benefits or any other employment benefits, except to the extent resulting from the negligence or willful misconduct of GS;

ix. Any breach or other violation of this Agreement by you;

x. Any failure by you, or, if applicable, your employees, independentcontractors or agents to comply with Applicable Law, including, without limitation, any non-compliance with Applicable Law in connection with the Tips/Gratuity Sharing Rules, or Agreements and Policies;

xi. Any negligence, willful misconduct or fraud performed by you, your Associated Users or,if applicable, your employees, independent contractors or agents;

xii. Any libel, defamation, violation of privacy rights or infringement or misappropriation ofintellectual property rights to the extent caused by you, if applicable, your employees, independent contractors or agents;

xiii. Any misuse of the Services by you, your Associated Users or, if applicable, youremployees, independent contractors or agents; or

xiv. Your own independent actions, elections, decisions and conduct in your use of theServices.

GS will indemnify, defend and hold harmless You, and your parent, subsidiary, and affiliate companies, and your and their directors, officers, shareholders, employees, representatives, independent contractors, professional advisors and lenders (each, along with You, an "**Company Indemnified Party**") from any and all Damages arising from or relating to any claim, suit,action,

20

• Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

• Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

demand or proceeding brought by a third party or any other user of the Services against any Company Indemnified Party relating to:

    xv.    the death of or bodily injury to any individual or damage to or loss of real or tangible property due to the act or omission of GS;

    xvi.    the grossly negligent or willful misconduct of GS;

    xvii.    GS's failure to program the Distribution Formula to accurately reflect Company User's Tips/Gratuity Sharing Rules;

    xviii.    GS's failure to distribute gratuities to Individual Users in accordance with Company User's Tips/Gratuity Sharing Rules;

    xix.    GS's breach of its confidentiality obligations under this Agreement, including but not limited to the unauthorized or unintentional mishandling, disclosure, or release of business and trade practices, methods of operation, sales, advertising techniques and purchases, operational, sales, promotional, marketing and testing methods and techniques, database lists, and customer, vendor, and employee studies, specifications, and data, all of which constitute confidential, secret, and/or proprietary information ("Company Confidential Information"), data, and/or software, ("Data Breach") or of its obligations under the Security Addendum, incorporated by reference hereto;

    xx.    allegations that the Services infringe the intellectual property rights or misappropriate any trade secret of a third party, except to the extent the alleged infringement arises out of (A) your use of such intellectual property in violation of the Agreement, or (B) your data;

    xxi.    GS's violation of Applicable Law; or

    xxii.    GS's breach of representation or warranty, or other term of this Agreement and any addenda and/or amendments thereto.

## 15. Insurance

At all times during the term of the Agreement, GS will maintain, or cause to be maintained, for not less than the duration of the Agreement, at least the following types and amounts of insurance for claims which may arise from or in connection with the services and/or products provided pursuant to the Agreement:

(1)    General Liability, comprehensive or commercial form with minimum limits each Occurrence $2,000,000, General Aggregate $2,000,000;

21

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.
- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

(2)      Worker's Compensation, with evidence of coverage as required by the state in which the work will be performed, with Statutory Limits, and Employer's Liability Insurance with minimum limit of $1,000,000 per accident for bodily injury or disease;

(3)      Cyber Liability, with minimum limits of $2,000,000 per claim/incident and $2,000,000 in the aggregate, covering losses and liabilities arising from a Data Breach, including coverage for:  (1) the expenses of notifying affected individuals or entities of the Data Breach; (2) credit monitoring services or similar services for affected individuals; (3) crisis management expenses, including for forensics consultants; (4) network security; (5) digital asset loss; (6) cyber-extortion expenses; (7) business interruption and extra expense; (8) defense and indemnity coverage for claims, lawsuits and regulatory proceedings arising from a Data Breach; and (9) GS's defense and indemnity obligations arising out of or relating to any Claims against you; and

(4)      Professional Liability (Errors and Omissions), with minimum limits of $2,000,000 per claim and $2,000,000 in the aggregate, that covers, among other things, GS's defense and indemnity obligations owed to Company arising out of or relating to any Claims against you.

GS may satisfy the above obligations by maintaining a combination of primary and excess/umbrella policies.  Insurance shall be placed with insurers with a current A.M. Best's rating of no less than A:VII.  GS shall cause you and your subsidiaries, trustees, officers, directors, agents, volunteers, representatives, and employees to be included as additional insureds under the General Liability policy(ies) maintained in accordance with this subpart (i), with respect to liability arising out of the acts or omissions of GS, and with respect to liability arising out of work or operations performed by or on behalf of GS including materials, parts or equipment furnished in connection with such work or operations.  Further, coverage for the additional insureds shall apply on a primary and non-contributory basis irrespective of any other insurance, whether collectible or not.

# 16.  No Refunds; No Chargebacks

You acknowledge and agree that all payments made by You in connection with this Agreement are non-refundable, except as otherwise required by Applicable Law.  You also acknowledge and agree that this Agreement provides a dispute resolution process in Section 17 as a way for You to resolve disputes.  To the extent permitted by Applicable Law, You therefore agree not to ask Your credit card company, bank or other payment provider to charge back any payments made by You in connection with this Agreement for any reason.  A charge back in breach of the foregoing obligation will be considered a material breach of this Agreement.  If You initiate a charge back in violation of this Agreement, You agree that GS may dispute or appeal the charge back and institute a collection action against You.

# 17.  Dispute Resolution Process

a.      *Disputes.*  You and GS agree to resolve any claim, controversy or dispute that arises out of or relates in any way to this Agreement, any other Website Documents, Your relationship with GS, the termination of this Agreement, or the Services or any suspension or termination thereof (each, a "**Claim**") in accordance with this Section 17.  You agree that any Claim must be resolved in accordance with the provisions of this Section 17.

b.      *Governing Law*.

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

i.   THIS AGREEMENT SHALL BE CONSTRUED AND INTERPRETED IN ACCORDANCE WITH AND GOVERNED BY THE LAWS OF THE STATE OF FLORIDA WITHOUT GIVING EFFECT TO ANY CHOICE OF LAW OR CONFLICTING PROVISION OR RULE THAT WOULD CAUSE THE LAWS OF ANY JURISDICTION OTHER THAN THE STATE OF FLORIDA TO BE APPLIED, INCLUDING, WITHOUT LIMITATION, ANY LAWS ARISING FROM THE UNITED NATIONS CONVENTION ON CONTRACTS FOR THE INTERNATIONAL SALE OF GOODS.

ii.  In the event, and only in the event, that a Claim is not subject to the Mandatory Arbitration Provision below, You and GS irrevocably and unconditionally submit to the exclusive jurisdiction of any Florida state court or any federal court of the United States located in Lee County, Florida, and any appellate court from any such Florida state court or federal court, (each individually, a "**Florida Court**"), in any proceeding arising from, or relating in any way to, the subject matter of this Agreement, or for enforcement or recognition of any judgment arising therefrom, based thereon, connected thereto, incidental thereto or related thereto.  You and GS irrevocably and unconditionally agree and covenant that all Claims with respect to any such proceeding shall be heard and determined in any such Florida Court.  You and GS irrevocably and unconditionally waive, to the fullest extent You and GS effectively and legally may do so, (a) any objection that it now or hereafter may have to the laying of venue of any such proceeding in any such Florida Court, and (b) the claim or defense of an inconvenient forum to the maintenance of such proceeding in any such Florida Court.  To the extent permitted by Applicable Law, each You and GS agrees to accept service of process by mail.

c.      *Initial Resolution*.  Prior to serving a demand for arbitration of a Claim, You agree to first notify GS of the Claim by e-mail to office@gratsync.com, and GS agrees to provide You a notice at Your e-mail address on file within Your Account (each an "**Initial Resolution Notice**") and seek an informal resolution of the Claim.  Both You and GS agree to act in good faith to seek an initial resolution of the Claim.  Any Initial Resolution Notice must include Your name, relevant Account information, a brief description of the Claim, and Your preferred contact information so that GS may evaluate the Claim and attempt to resolve the Claim with You.  Any Initial Resolution Notice from GS must include relevant Account information, a brief description of the Claim and GS's contact information, so that You may evaluate the Claim and attempt to resolve the Claim with GS.  Both have sixty (60) days after the date of delivery of the Initial Resolution Notice to resolve the other party's Claim, and if successful, no further dispute resolution proceedings will be necessary.

d.      *Mandatory Binding Arbitration*.  In the unlikely event that You and GS are unable to resolve the Claim pursuant to Section 17.c. above, You and GS agree to resolve the Claim pursuant to binding arbitration before an arbitrator from JAMS whose website is www.jamsadr.com.    This Section 17.d., including Subsections 17.d. i.-iv. below, shall be hereinafter referred to as the "**Mandatory Arbitration Provision**".

i.   This Mandatory Arbitration Provision is governed by the United States Federal Arbitration Act (9 U.S.C. §§ 1 et seq.), applies to any Claim that You or GS may have and shall

23

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

survive any termination or expiration of this Agreement. This Mandatory Arbitration Provision is intended to apply to disputes that would otherwise be litigated in a court of law or another forum other than arbitration.  If for any reason JAMS will not administer the arbitration, either You or GS may apply to a court of competent jurisdiction over the location of where the arbitration would be held for a substitute neutral arbitrator appointment.

ii.      All arbitration proceedings will be held in Miami-Dade County, Florida in accordance with the JAMS Comprehensive Arbitration Rules and Procedures under the Optional Expedited Arbitration Procedures that are currently in effect for JAMS.  All JAMS arbitration rules may be found at its website located at www.jamsadr.com.  You or GS both agree that either You or GS may forego the opportunity to appear in person at the arbitration proceedings and may elect to attend by telephone or live video.  THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS LIMITED.

iii.     You and GS will adhere to all applicable JAMS rules, including, without limitation, all JAMS rules relating to arbitration fees.  The arbitrator must follow all Applicable Law and may only award remedies to the extent that the remedies would have been available in a court proceeding.  Judgement shall be entered on the arbitrator's decision in any court with competent jurisdiction.

iv.     You and GS agree that the arbitrator shall have exclusive jurisdiction over all Claims and, furthermore, has the full authority to decide all disputes relating in any way to the enforcement, application or interpretation of this Mandatory Arbitration Provision.

e.      **Class Action Waiver.  You and GS agree that each may bring Claims against the other only in Your or GS's individual capacity, and not on a class, representative or collective basis on behalf of others.  You and GS agree that there is no right or authority for any Claim to be arbitrated as a class, representative or collective action or proceeding.  You and GS agree that each are prohibited from participating as a member in any such class, representative or collective action or proceeding.  Unless You and GS agree, no arbitrator or judge may consolidate more than one person or entity's Claim or otherwise preside over any class, representative or collective action or proceeding.  Furthermore, GS reserves the right to seek enforcement of this Section 17.e. or the Arbitration Provision under the Federal Arbitration Act and other Applicable Law if at any time any such class, representative or collective action or proceeding is attempted to be brought against GS.**  This Section 17.e. shall be hereinafter referred to as the "**Class Action Waiver**".

f.      **Jury Trial Waiver.  To the extent permitted by Applicable Law, You and GS hereby irrevocably waive any and all rights to trial by jury in any legal proceeding arising out of or related in any way to this Agreement.** This Section 17.f. shall be hereinafter referred to as the **"Jury Trial Waiver"**.

g.      **Your Right to Opt Out of the Mandatory Arbitration Provision, the Class Action Waiver and the Jury Trial Waiver.  If You do not want the Mandatory Arbitration Provision (Section 17.d. above), Class Action Waiver (Section 17.e. above) and/or the Jury Trial Waiver (Section 17.f. above) to apply, then You may opt out of these provisions by sending a written notice to GS at office@gratsync.com within thirty (30) calendar days after the Execution Date (the date that You**

24

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

**initially entered into this Agreement with GS), and such notice must include Your i) full name, ii)
Account username, iii) Account number, iv) address, v) telephone number, vi) current e-mail
address, and vii) a statement clearly expressing which of these three (3) provisions that You
intend to opt out of during this thirty (30) calendar day period.  Any right to opt out of these
provisions shall expire after this thirty (30) calendar day notice period has expired.**

# 18.   Miscellaneous

a.        Amendment to the Website Documents.  GS MAY IN ITS SOLE AND ABSOLUTE DISCRETION,
AMEND THIS AGREEMENT AND ANY OTHER WEBSITE DOCUMENTS AT ANY TIME BY POSTING
THE AMENDED VERSION ON GS'S WEBSITE LOCATED AT https://policy.paydayportal.com/legal/
(the "**Site**").  GS SHALL NOTIFY USERS THROUGH THE PORTAL OF ANY UPDATES TO THE USER
AGREEMENT.  YOUR CONTINUED USE OF THE SERVICES AFTER THE POSTING DATE OF ANY
SUCH AMENDMENT CONSITUTES YOUR ACCEPTANCE OF, AND AGREEMENT TO BE BOUND BY,
THIS AGREEMENT, AND ANY OTHER WEBSITE DOCUMENTS, AS AMENDED.

b.        Notices from You to GS.  All notices from You to GS which You intend to have a legal effect must
be in writing and delivered to GS:
   i.        In person;

   ii.        via registered or certified U.S. Mail (return receipt requested and postage prepaid) to GS
             at the following address:

                 Gratuity Solutions LLC
                 Attn:  Legal Department
                 3520 Kraft Road #200
                 Naples, FL 34105

   iii.        or via e-mail to office@gratsync.com.

c.        Notices from GS to YOU.  All notices from GS to You which intend to have a legal effect must be
in writing and delivered to YOU:
   i.        The corporate address provided by the State of Incorporation of the entity

   ii.        or via e-mail to the designated authorized party of Company User.

d.        Links to Third Party Websites.  The Services may contain links or applications that allow You to
access third party website(s) ("**Third Party Sites**") as well as content or items belonging to or originating
from third parties (the "**Third Party Applications, Software or Content**").  These links are provided as a
courtesy to You, however, GS has no control over Third Party Sites and Third Party Applications,
Software or Content or the promotions, materials, information, goods or services available on these Third
Party Sites or Third Party Applications, Software or Content.  Such Third Party Sites and Third Party
Applications, Software or Content are not investigated, monitored or checked for accuracy,
appropriateness or completeness by GS, and GS is not responsible for any Third Party Sites accessed
through the Services or any Third Party Applications, Software or Content posted on, available through or
installed from the Services, including the content, accuracy, offensiveness, opinions, reliability, privacy

25

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided
  are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective
  owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

practices or other policies of or contained in the Third Party Sites or the Third Party Applications, Software or Content.  Inclusion of, linking to or permitting the use or installation of any Third Party Site or any Third Party Applications, Software or Content does not imply approval or endorsement thereof by GS.  If You decide to leave the Services and access the Third Party Sites or to use or install any Third Party Applications, Software or Content, You do so at Your own risk and the Website Documents no longer govern.  You should review the applicable terms and policies, including privacy and data gathering practices, of any website to which You navigate from the Services or relating to any applications You use or install from the other site.

e.    GS Communications.  You hereby expressly agree to accept and receive communications from GS via e-mail, text messages, voice calls and push notifications to the cellular telephone number You provided to GS within Your Account.  By agreeing to be contacted by GS, You acknowledge and agree that You may receive communications generated by automated telephone dialing systems which may deliver pre-recorded messages sent by GS.  IF YOU WISH TO OPT-OUT OF PROMOTIONAL E-MAILS, TEXT MESSAGES, OR VOICE CALLS, PUSH NOTIFICATIONS OR OTHER COMMUNICATIONS, YOU MAY OPT-OUT BY FOLLOWING THE UNSUBSCRIBE OPTIONS, INCLUDING THE "END" AND "STOP" OPTIONS DESCRIBED BELOW.  Standard text message rates and charges applied by Your cell phone carrier will apply to text messages We send You.  You acknowledge and agree that You are not required to consent to receive promotional communications by as a condition of using the Services.  You may opt-out of receiving all promotional communications from GS at any time by texting the word "END" or "STOP" from Your cellular device that received the promotional text message from GS, or You may otherwise e-mail GS at office@gratsync.com to opt-out.  However, You acknowledge that opting out of receiving promotional communications from GS may impact Your use of the Services.

f.    Force Majeure.  Neither You nor GS will be liable for, nor will either be considered to be in breach of or in default under this Agreement on account of, any delay or failure to perform as required by this Agreement as a result of electrical surge, fire, explosion, earthquake, storm, flood or other weather, strikes, governmental action or act of God, pandemic, epidemic, or any similar event beyond Your or GS's control or reasonable anticipation.

g.    Agreement Binding on Successors.  The provisions of the Agreement shall be binding upon and shall inure to the benefit of the parties hereto, their heirs, administrators, successors and permitted assigns.

h.    Assignability. You shall not assign Your rights or delegate Your duties under this Agreement either in whole or in part, whether by operation of law, merger, sale of stock or substantially all of the assets, or otherwise, without the prior written consent of GS, and any attempted assignment or delegation without such consent will be void.

i.    Waiver. No failure or delay by either You or GS in exercising any right, power or privilege under this Agreement will operate as a waiver thereof, and no single or partial exercise of any such right, power or privilege will preclude any other or future exercise thereof or the exercise of any other right, power or privilege under this Agreement.

j.    Severability. If any provision of this Agreement is declared invalid, prohibited or unenforceable, such provision shall be deemed severed from this Agreement, and the remainder of this Agreement shall otherwise remain in full force and effect.  However, notwithstanding the immediately preceding sentence, if such provision could be drawn more narrowly or more broadly so as to not be invalid, prohibited or

26

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

unenforceable in such jurisdiction, it shall be so narrowly or broadly drawn, as to such jurisdiction, without invalidating the remaining provisions contained in this Agreement or affecting the enforceability or validity of such provision.

k.      **Integration and Priority of Conflicts.**  This Agreement, along with all other Website Documents, constitutes the entire understanding between You and GS, and revokes and supersedes all prior agreements between You and GS and is intended as a final expression of Your and GS's agreement. This Agreement shall take precedence over any other documents which may conflict with this Agreement, including, without limitation, any agreements described in Section 18.m. below.

l.      **Survival.** Following any expiration or termination of this Agreement, and unless expressly stated otherwise in the provisions of this Agreement, the following provisions of this Agreement shall survive thereafter for the periods stated in the applicable Sections (or, if not expressly stated in such Sections, for the maximum period allowed by Applicable Law): Sections 4, 6.f., 6.h., 7-14, and 16-18

m.      **Construction.** Furthermore, the language used in this Agreement shall be deemed to be the language jointly chosen by the Parties to express their mutual intent.  In the event of any ambiguities in this Agreement, no rule of strict construction shall apply against either Party, irrespective of which Party may be deemed to have authored the ambiguous provision.

n.      **Other Required Agreements**

**ADP**. If You are receiving the Services through software or a network provided by ADP, LLC, then the Required Terms located at https://policies.paydayportal.com/legal/ADP_Terms_and_Conditions.pdf shall apply.

o.      **Independent Legal Advice.** Each Party acknowledges that it has had the opportunity to seek independent legal advice relating to this Agreement prior to execution, each Party fully understands and appreciates all terms herein and each Party is signing this Agreement freely and voluntarily.   THIS AGREEMENT IS INTENDED TO BE A LEGALLY BINDING CONTRACT.  IF NOT FULLY UNDERSTOOD, SEEK THE ADVICE OF AN ATTORNEY PRIOR TO SIGNING**.**

# 19.  Training

If You are a Company User, then GS will provide You with up to one (1) hour of free training on the Services, which shall be conducted remotely via web conference.

# 20.  Customer Support

GS does not provide phone support.  GS provides customer support via e-mail at support@gratsync.com or through the help desk Support link located on the Site.  Furthermore, GS reserves the right to charge fees in connection with the delivery of customer support pursuant to the Pricing Schedule.

Technical Support Description. GS will provide email support only ("Technical Support") twenty-four (24) hours per day, seven (7) days per week, three-hundred-sixty-five (365) days per year.  Technical Support will include any research and resolution activity performed by GS.

27

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

a) <u>Request for Technical Support</u>.   Authorized Users will make Technical Support requests by emailing GS's Technical Support staff or by submitting a request via GS's customer service web portal.   The Technical Support staff shall respond shall assign to the request the Problem Severity Level (as defined herein) indicated by the requestor.

b) <u>Problem Severity Levels 1 and 2 Response and Resolution</u>.   For Technical Support requests not made by telephone, within the Request Response Time of such a request, GS shall confirm to the requestor receipt of the request by GS.   If a Problem Severity Level 1 or 2 request cannot be corrected to the reasonable satisfaction of the requestor within the Request Resolution Time after the requestor makes the initial request for Technical Support, GS will: (a) immediately escalate the request to GS's management; (b) take and continue to take the actions which will most expeditiously resolve the request; (c) provide a report at least hourly to the requestor of the steps taken and to be taken to resolve the request, the progress to correct, and the estimated time of correction until the request is resolved; and, (d) no less than every thirty minutes, provide increasing levels of technical expertise and GS management involvement in finding a solution to the request until it has been resolved.

c) <u>Problem Severity Levels 3 and 4 Response and Resolution</u>.   For Technical Support requests not made by telephone, within the Request Response Time of such a request, GS shall confirm to the requestor receipt of the request by GS.   If a Problem Severity Level 3 or 4 request cannot be corrected to the reasonable satisfaction of the requestor within the Request Resolution Time after the requestor makes the initial request for Technical Support, at the sole election of requestor: (a) GS will work continuously to resolve the request; or, (b) requestor and GS will mutually agree upon a schedule within which to resolve the request.

<u>Technical Support Problem Severity Levels</u>

a) <u>Problem Severity Level 1</u>.

   1) <u>Description</u>.  This Problem Severity Level is associated with: (a) Services, as a whole, are non-functional or are not accessible; (b) unauthorized exposure of all of part of COMPANY USER Data; or, (c) loss or corruption of all or part of Company User Data.

   2) <u>Request Response Time</u>.  30 minutes.

   3) <u>Request Resolution Time</u>.  2 hours.

b) <u>Problem Severity Level 2</u>.

   1) <u>Description</u>.   This Problem Severity Level is associated with significant and / or ongoing interruption of an Authorized User's use of a critical function (as determined by the Authorized User) of the Services and for which no acceptable (as determined by the Authorized User) work-around is available.

   2) <u>Request Response Time</u>.  1 hour.

   3) <u>Request Resolution Time</u>.  4 hours.

c) <u>Problem Severity Level 3</u>.

   1) <u>Description</u>.   This Problem Severity Level is associated with: (a) minor and / or limited interruption of an Authorized User's use of a non-critical function (as determined by the Authorized User) of the Services; or, (b) problems which are not included in Problem Severity Levels 1 or 2.

   2) <u>Request Response Time</u>.  8 hours.

   3) <u>Request Resolution Time</u>.  24 hours.

28

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

    d)   <u>Problem Severity Level 4</u>.

       1)   <u>Description</u>.  This Problem Severity Level is associated with: (a) general questions pertaining to the Services; or, (b) problems which are not included in Problem Severity Levels 1, 2, or 3.

       2)   <u>Request Response Time</u>.  8 hours.

       3)   <u>Request Resolution Time</u>.  48 hours

# 21.  Additional Fees

GS reserves the right to charge any additional fees included on the Pricing Schedule, including, without limitation, connector or connection fees, API fees, training fees, professional service fees, etc.

# 22.  Contacting Gratuity Solutions LLC

If You have any questions or are in need of Customer Support, please contact GS at office@gratsync.com

29

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

**THE FOLLOWING ADDENDUM AND THE TERMS SET FORTH HEREINBELOW ARE APPLICABLE TO EACH EMPLOYER THAT AUTHORIZES ITS EMPLOYEES TO USE THE PAYDAYPORTAL or THE PAYDAYPORTAL APP FOR PAYMENT OF ITS GRATUITIES, TIPS, SERVICE CHARGES, COMMISSIONS or WAGES.**

**THE JOINT USER AGREEMENT GOVERNS THE TERMS OF GRATUITY SOLUTIONS SERVICES AS SPECIFICALLY DESCRIBED THEREIN ABOVE.**

## GRATUITY SOLUTIONS' PAYDAYPORTAL PLATFORM AGREEMENT ADDENDUM

Employer and Gratuity Solutions are each referred to individually as a "Party" or, together, are the "Parties."  In consideration of their mutual covenants and promises, the legal sufficiency of which is hereby acknowledged, the Parties hereby agree to all of the provisions set forth in this Platform Agreement, as follows.

A.  **Gratuity Solutions.**  Subject to the terms and conditions herein, Gratuity Solutions shall:

1.  (a) Configure the Gratuity Solutions PayDataPortal Platform for the Employer and (b) provide the Gratuity Solutions PayDayPortal Platform to the Employer and to each Employee-User for use of its services to provide the Employer's employees access to Earned Wage Payments, including tips/gratuities, commissions, service charges and wages.

2.  Maintain Gratuity Solutions' Information Security Program (Exhibit B), which is designed to protect Employer Data and Employee-User Data.

3.  Send Payment Transaction Data to Employer, automated through an API connection or in a CSV file, depending on the payroll system used by the Employer and according to the Payday cycle and the payroll functions of Employer.

4.  Provide marketing content for Employer to communicate Gratuity Solutions' Services to Employer's employees.

\*  Employer acknowledges and agrees that the Joint User Agreement controls the terms of Gratuity Solutions provision of services related to calculating, allocating and paying out tips, gratuities, service charges, wages, commissions as further defined in the Joint User Agreement. Employer understands and agrees it cannot terminate the services of the Joint User Agreement and retain the PayDayPlatform.

30

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

**B.   Employer.**  Subject to the terms and conditions herein, Employer shall:

1.   Complete Gratuity Solutions' Questionnaire and respond (as Gratuity Solutions may require) to Gratuity Solutions' follow-up questions.

2.   Provide access to or deliver Employer Data, as follows:

(a)  Provide credentials for Gratuity Solutions to connect to Employer's POS (or other systems of record) including but not limited to time, attendance and payroll in order for Gratuity Solutions to provide it services under the Joint User Agreement and this Agreement.

3.   Advise its Employees about Gratuity Solutions Choice pay option through VisaDirect and permit Gratuity Solutions to advertise its CHOICE payout option to the Employer's employees.

4.   Credit Gratuity Solutions' Funding Account or authorize Gratuity Solutions and its agents to pull the necessary funding amounts by way of ACH from Employer's account, by the amount corresponding to the Employee-Users' Earned Wage Payments.

**C.   Term.**  The initial term is in parallel to the Joint User Agreement and subject to the conditions of termination as set for therein.


**Part II:  Additional Provisions**

**1.   Services**.

1.1    Services; Rights of Access. Gratuity Solutions shall (i) configure Employer and provide access to the Gratuity Solutions PayDayPlatform, including all software incorporated therein (the "Software"), and (ii) provide Employer all Documentation. Beginning on the Go Live Date and continuing through the Term, Gratuity Solutions shall:

- Provide to each Employee-User the Documentation for using the Services (including any agreement(s) thereto);
- Host and maintain the Gratuity Solutions Platform so that the Employer and each Employee-User may access the Services;
- Use commercially reasonable efforts to provide the Services in a commercially reasonable manner, other than for scheduled downtime or for events of force majeure; and
- Provide to each Employee-User access to the opportunity to request Earned Wage Payments, in accordance with the Documentation and pursuant to the terms and conditions of the agreement between the Employee-User and Gratuity Solutions.
- Send periodic text messages and emails to eligible employees, notifying them that they are eligible to use Gratuity Solutions.

1.2    Funding Account.  Beginning on the Go Live Date and continuing through the Term, Gratuity Solutions shall satisfy all of its obligations relating to the Funding Account, as set forth in Part II, Section 3.

31

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

1.3     Amendments to the Terms of Service.  Gratuity Solutions retains sole and complete discretion to (i) modify the scope or any aspect of the Services or (ii) add, amend, or eliminate any provision of the Terms of Service.  Gratuity Solutions retains sole and complete discretion to communicate, at any time, any change in the Terms of Service and any such change shall be valid and enforceable as to Employer or Employee-User, as the case may be, provided that the Terms of Service contains an effective date (e.g., "last updated as of [date]") for the then-current Terms of Service.

1.4     Information Security Program.  See Exhibit B.

1.5     Compliance with Governing Law.  At all times during the Term, Gratuity Solutions shall comply with all requirements of Governing Law applicable to Gratuity Solutions in connection with any function or activity undertaken by Gratuity Solutions in providing access to or use of the Gratuity Solutions Platform or Gratuity Solutions' own activity when providing the Services.

1.6     Addenda.  Gratuity Solutions and Employer may, from time to time, execute an Addendum for additional services or functions and the terms on which Gratuity Solutions or Employer shall provide those services or functions.

1.7     Trademark License.  The Gratuity Solutions Platform may incorporate those trademarks provided to Gratuity Solutions by Employer for use and display in connection with the Services (the "Employer Trademarks") in a manner agreed upon by the Parties.

2.      **Employer's Obligations**.

2.1     Employer represents and warrants that the following conditions and qualifications shall constitute the Gratuity Solutions Platform Eligibility Standards:

a.   Direct Deposit At No Charge.  Employer must offer to its Employees, free of charge, direct deposit to a bank account.  If an Employee does not have a bank account or reloadable card capable of receiving ACH credit and debit entries initiated by Gratuity Solutions, then he or she is not eligible for the Services, and he or she may not enroll to become an Employee-User.

b.   Limits on Earned Wage Payments.  Gratuity Solutions shall establish certain thresholds for the amount of the funds that an Employee-User may receive for any Earned Wage Payment via the Services, and at all times Gratuity Solutions shall compute that amount of the funds based on a percentage of gross earnings or wages.

**Employer shall communicate to Gratuity Solutions the baseline threshold, as a percentage of each Employee-User's gross earnings or wages, that shall permit Employer to process all Deductions from gross earnings or wages for each pay period.**

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

2.2    <u>Operation of Business</u>.  Employer represents that, (i) as of the Effective Date, Employer has policies, procedures, and the systems necessary to meet all of the Gratuity Solutions Platform Eligibility Standards; and (ii) shall satisfy all of its obligations relating to the Funding Account.

2.3    <u>Employer Provision of Employer Data to Gratuity Solutions</u>.  Because the Services require Gratuity Solutions to access or use Employer Data residing on Employer's networks or systems (whether maintained or operated directly by Employer or by its service provider), Employer shall provide access to such networks and systems so that Gratuity Solutions may copy, download, or export the required Employer Data in a specific format (the "<u>Specified Employer Data</u>").  Employer shall provide to Gratuity Solutions, or as the Parties may agree, provide access to Gratuity Solutions the data about Employees Maintained or Controlled by Employer (which data are intended to become Employee-User Data). Employer and Gratuity Solutions shall take appropriate steps to restrict the delivery or access to Gratuity Solutions of data about actual or prospective Employee-Users to only those Employees who, as of the date of the provision or access of the data, are currently actively employed (or otherwise under contract with Employer).  For clarity, if Employer maintains data relating to a former Employee, the provision to Gratuity Solutions, or accessibility to Gratuity Solutions, of any data relating to the former Employee shall not constitute any breach of this provision or other provision of this Agreement. To the extent that Employer's networks or systems do not have the technical capability to enable Gratuity Solutions to copy, download, or export the Employer Data required, Employer shall generate or transmit the Specified Employer Data in an alternate format that as mutually agreed upon by the Parties (the "<u>Alternate Employer Data</u>").

2.4    <u>Prompt Payment of Funds to Gratuity Solutions as Assignee</u>.  Employer acknowledges and agrees that, from time to time throughout the Term, Gratuity Solutions may hold rights to funds from Employer, which funds correspond to the earned wages of the Employee-Users due to their respective uses of the Services for Earned Wage Payments.  Employer shall promptly deposit in, or authorize Gratuity Solutions to initiate an EFT to credit, the Funding Account for the full amount owed for the sum of Earned Wage Payments obtained for a given Payday.  If any amount due to Gratuity Solutions is not promptly credited to the Funding Account or Employer's account has insufficient funds, Gratuity Solutions shall have no obligation to fund the Employee and Employer shall be liable to Gratuity Solutions for any and all damages that may be awarded to an Employee under Governing Law, as if Gratuity Solutions were a subrogee to the Employee for his or her rights to receive prompt payment of earned wages.

2.5    <u>Compliance with Governing Law</u>.  (i) Employer represents and warrants that, at all times during the Term, Employer shall comply with all requirements of Governing Law applicable to Employer in connection with any function or activity undertaken by Employer, including any function or activity of Employer relating to (a) access or use of the Gratuity Solutions PayDayPlatform or (b) receipt of the provision of the Services.  (ii) Employer warrants that, for each Remaining Wage Payment, the amount of money owed to the Employee pursuant to the Employment Contract shall be paid in full, without discount, in accordance with the requirements of Governing Law and the Employment Contract.

**3. Funding Account**

33

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

3.1     Funding Account.  Gratuity Solutions shall maintain a Funding Account at Evolve Bank & Trust in a demand deposit account.

3.2     Ownership of Funds in the Funding Account. At all times, Gratuity Solutions shall hold all rights and title in the ownership of funds held in the Funding Account.

3.3     Prompt Payment of Funds to Gratuity Solutions as Assignee.

(i)   If the funds are not drawn by way of ACH from the Employer's account on the same day of funding, upon presentation by Gratuity Solutions, Employer shall deposit in the Funding Account funds in an amount sufficient to cover all Earned Wage Payments during the period of time (*e.g.*, two-week period) relating to the relevant Payday or, instead of making its own deposit, Employer shall authorize Gratuity Solutions to initiate an EFT in order to transfer funds from an account designated by Employer to the Funding Account, which transfer may be an amount sufficient to cover all Earned Wage Payments during the applicable period of time.  For clarity, through any permissible method of funds transfer, Employer shall deposit in the Funding Account all amounts due to Gratuity Solutions in connection with each Employee-User's assignment(s) of earned wages from Employer.

(ii)  The deadline for Employer to satisfy its obligation to hold the full amount of the necessary funds in the Funding Account shall be the second day after the last day of the preceding Payday.

3.4     Gratuity Solutions Permitted Control or Direction of Credits and Debits.  At all times, as between Gratuity Solutions and Employer, Gratuity Solutions shall hold all rights to control or direct credits or debits in the Funding Account.

3.5     No Agency Relationship for Payment of Wages.  (i)  Employer acknowledges and agrees that, at no time during the Term, shall Gratuity Solutions act as, or be deemed to be, an employer of an Employee-User for any purpose, including for any purpose of an employment relationship covered by any labor law, common law of employment, or tax law.  (ii) Employer acknowledges and agrees that Gratuity Solutions does not act as an agent of Employer in making any Earned Wage Payment to an Employee-User, and Gratuity Solutions does not act as an agent, a party to any joint venture, or as alter ego of Employer in any respect.  Each Earned Wage Payment to an Employee-User represents only a payment made in exchange for the Employee-User's intangible right to receive payments from Employer.

**4.     Confidentiality of Information**.

4.1     Definition.  As used in this Agreement, "Confidential Information" means all information disclosed by one Party (the "Discloser") to any other Party (the "Recipient"), whether before or after the Effective Date and whether disclosed orally, in writing or through review of records, data, materials, facility visits or otherwise, that is designated as confidential or that reasonably should be understood by the Recipient to be confidential.  Gratuity Solutions' Confidential Information includes the Gratuity Solutions Platform, all Credentials, its trade secrets, business plans, business methods, Employer lists,

34

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

vendor lists, financial projections, new-product plans, internal procedures and documentation for development, sales, finance and accounting, passwords, credential information, software object code, software source code, documentation, algorithms, and all reports based on any of the foregoing. Employer's Confidential Information includes its Employer Data, its trade secrets, business plans, business methods, customer lists, vendor lists, new-product plans, internal procedures and documentation for development, sales, finance and accounting, passwords, credential information, software object code, software source code, documentation, algorithms, and all reports based on any of the foregoing.

4.2     Exclusions.  (i)  Confidential Information does not include information or material that (a) is now, or hereafter becomes, through no act or failure to act on the part of the Recipient, generally known or available; (b) is or was known by the Recipient at or before the time such information or material was received from the Discloser, as evidenced by a contemporaneous writing; (c) is furnished to the Recipient by a third party that is not under an obligation of confidentiality to the Discloser with respect to such information or material; or (d) is independently developed by the Recipient, as evidenced by a contemporaneous writing.  (ii)  Confidential Information does not include Employee-User Data, including any Employee-User Data that is derived from or which may duplicate any Employer Data.

4.3     Restrictions on Use.  The Recipient shall hold Confidential Information in strict confidence and shall not disclose to third parties or use such information for any purpose whatsoever other than as necessary in order to fulfill its obligations under this Agreement.  The Recipient shall take all reasonable measures to protect the confidentiality of the Discloser's Confidential Information in a manner that is at least as protective as the measures it uses to maintain the confidentiality of its own Confidential Information of similar importance but in any event using reasonable care.  Notwithstanding the foregoing, the Recipient may disclose the Discloser's Confidential Information (i) to employees and personnel, including the employees and personnel of its affiliates and subcontractors, that have a need to know such information, provided that each such person is under a duty of nondisclosure that is at least as restrictive as the confidentiality and nondisclosure provisions herein, and (ii) to the extent the Recipient is legally compelled to disclose such Confidential Information, provided that the Recipient shall give advance notice of such compelled disclosure to the Discloser, and shall cooperate with the Discloser in connection with any efforts to prevent or limit the scope of such disclosure or use of the Confidential Information.

5.     **Intellectual Property Rights**.

5.1     Gratuity Solutions Intellectual Property.  Gratuity Solutions retains all right, title and interest in and to (i) the registered and unregistered trademarks and service marks of Gratuity Solutions; (ii) all Gratuity Solutions copyrights, trade secrets, inventions, patents, patent applications and proprietary information; (iii) the Services, including the Gratuity Solutions Platform, and any improvements, modifications, enhancements or derivative works to the foregoing; (iv) Gratuity Solutions Confidential Information; (v) any and all information and materials that Gratuity Solutions derives, compiles, generates or otherwise creates with or based on Employer Data that is submitted to the Gratuity

35

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

Solutions Platform, including reports, analytics, and results of marketing campaigns; and (vi) all Suggestions (as defined below).

5.2     Employer Intellectual Property; Use of Data.  Employer hereby grants to Gratuity Solutions, now and in the future, a nonexclusive, transferable, sublicensable, perpetual, irrevocable, worldwide, royalty-free and fully paid-up license to upload, synchronize, reproduce, distribute, display, host, modify and create derivative works of and otherwise use the data relating to Employees for any legal purpose in connection with Gratuity Solutions' operation of the Gratuity Solutions Platform or as needed to provide the Services.

**6.     Warranties; Disclaimers**.

6.1     Mutual Warranties.  Each Party represents and warrants to the other Party that:  (i) it is duly organized, validly existing and in good standing under the laws of its jurisdiction of incorporation or organization; (ii) it has the legal right and authority to enter into and perform its obligations under this Agreement; (iii) the execution and performance of this Agreement will not conflict with or violate any provision of any applicable law; and (iv) this Agreement, when executed and delivered, will constitute a valid and binding obligation of the Party and will be enforceable against such Party in accordance with its terms and will not violate any agreement to which a Party is a party or by which it is bound.

6.2     Disclaimer of Warranties.  In addition to the disclaimer set forth in the Joint User Agreement, Gratuity Solutions is not responsible for any performance failures caused in whole or in part by Employer, its personnel, agents, representatives or by third-party vendors of Employer.  TO THE FULLEST EXTENT PERMITTED BY LAW, THE SERVICES ARE PERFORMED "AS IS" WITHOUT ANY EXPRESS OR IMPLIED WARRANTIES WHATSOEVER, AND COMPANY EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES WHETHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT, AND WARRANTIES ARISING FROM A COURSE OF DEALING OR USAGE OF TRADE.  COMPANY DOES NOT WARRANT THAT EITHER THE SERVICES OR THE REPORTS ARE ERROR FREE OR THAT THE SERVICES WILL MEET EMPLOYER'S REQUIREMENTS.

**7.     Term and Termination**.

7.1     Term and Renewal.  The Term of this Agreement is contained in Part I.  See Joint User Agreement.*

7.2     Effect of Termination.  Upon any termination of the Agreement, any Addendum then in force will automatically terminate, and Gratuity Solutions shall have no further obligation to provide any Services.  Each Recipient shall promptly return to the Discloser the Confidential Information of the Dislcoser then in Recipient's possession or shall certify in writing to the Discloser that such Confidential Information has been destroyed.  The following terms of this Agreement shall survive termination for any reason: Items 4, 5, 7, 8 and 10.  Termination of this Agreement shall not release either Party from the obligation to make payment of all amounts then or thereafter due and payable hereunder.

36

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

**8.      Indemnification; Limitations of Liability**.

8.1      <u>Indemnification by Gratuity Solutions</u>.  Gratuity Solutions shall, at its own expense, indemnify, defend, and hold harmless Employer from and against any liability or expense (including attorneys' fees and costs) from any third-party claim alleging that the Services and the use thereof violates, infringes or misappropriates a U.S. copyright, U.S. trademark or trade secret of a third party, other than any claim subject to indemnification by Employer.

8.2      <u>Indemnification by Employer</u>.  Employer agrees to indemnify, defend and hold harmless Gratuity Solutions, from and against any liability or expense (including attorneys' fees and costs) from a third-party claim arising from (i) any unauthorized use of Services by Employer, its personnel, agents or representatives, (ii) any claim that the hosting, processing or use by Gratuity Solutions of Employer Data as permitted herein violates or misappropriates the intellectual property rights or other proprietary rights of a third party, or (iii) the negligence or willful misconduct of Employer, its personnel, agents or representatives, except that Employer shall have no such obligation to the extent the third-party claim results from Gratuity Solutions' breach of this Agreement or its gross negligence or willful misconduct.

8.3      <u>Procedures</u>.  The Party seeking to be indemnified pursuant to this Section 8 (as applicable, the "<u>Indemnified Party</u>") shall be entitled to indemnification hereunder only (i) if it gives written notice to the Party obligated to provide such indemnification hereunder (the "<u>Indemnifying Party</u>") of any claims, suits or proceedings by third parties which may give rise to a claim for indemnification with reasonable promptness after receiving written notice of such claim (or, in the case of a proceeding, is served in such proceeding); provided, however, that failure to give such notice shall not relieve the Indemnifying Party of its obligation to provide indemnification, except if and to the extent that the Indemnifying Party is actually and materially prejudiced thereby, and (ii) once the Indemnifying Party confirms in writing to the Indemnified Party that it is prepared to assume its indemnification obligations hereunder, the Indemnifying Party has sole control over the defense of the claim, at its own cost and expense; provided, however, that the Indemnified Party shall have the right to be represented by its own counsel at its own cost in such matters.  Notwithstanding the foregoing, the Indemnifying Party shall not settle or dispose of any such matter in any manner which would require the Indemnified Party to make any admission, or to take any action (except for ceasing use or distribution of the items subject to the claim) without the prior written consent of the Indemnified Party, which shall not be unreasonably withheld, delayed or conditioned.  Each Party shall reasonably cooperate with the other Party and its counsel in the course of the defense of any such suit, claim or demand, such cooperation to include using reasonable efforts to provide or make available documents, information and witnesses and to mitigate damages.

8.4      <u>Limitations and Exclusions of Liability</u>.

(i)      EXCEPT FOR BREACHES OF SECTION 4 (CONFIDENTIALITY) AND EXCEPT FOR THE PARTIES' OBLIGATIONS UNDER SECTIONS 8.1 AND 8.2 (INDEMNIFICATION), NEITHER PARTY SHALL BE LIABLE FOR ANY CONSEQUENTIAL, INCIDENTAL, INDIRECT, OR PUNITIVE DAMAGES

37

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

(INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, LOSS OF USE, TRANSACTION LOSSES, OPPORTUNITY COSTS, INTERRUPTION OF BUSINESS, COSTS OF PROCURING SUBSTITUTE GOODS OR COSTS OF LOST OR DAMAGED DATA) RESULTING FROM, ARISING OUT OF OR IN ANY WAY RELATING TO THE SERVICES OR THIS AGREEMENT OR DISRUPTION TO OR LOSS OF QUIET USE THEREOF.

(ii)     EXCEPT FOR BREACHES OF SECTION 4 (CONFIDENTIALITY) AND EXCEPT FOR THE PARTIES' OBLIGATIONS UNDER SECTIONS 8.1 AND 8.2 (INDEMNIFICATION) OR ANY BREACH OF SECTION 2.3 (GRATUITY SOLUTIONS' RIGHTS TO FUNDS FROM EMPLOYER CORRESPONDING TO EARNED WAGES DUE), THE TOTAL AGGREGATE LIABILITY OF EACH PARTY TO THE OTHER FOR ANY AND ALL CAUSES OF ACTION ARISING OUT OF OR RELATING TO THE SERVICES OR THIS AGREEMENT SHALL NOT EXCEED (i) AN AMOUNT EQUAL TO THE TOTAL FEES RECEIVED BY GRATUITY SOLUTIONS FROM EMPLOYER DURING THE TWELVE (12) MONTH PERIOD PRECEDING THE DATE WHEN SUCH CLAIM FIRST ACCRUED OR (ii) $50,000, WHICHEVER AMOUNT IS GREATER.

(iii)    NOTWITHSTANDING ANYTHING ELSE IN THIS AGREEMENT TO THE CONTRARY, OTHER THAN PAYMENTS DUE TO GRATUITY SOLUTIONS PURSUANT TO SECTION 3 (FEES) OR ANY BREACH OF SECTION 2.4 (GRATUITY SOLUTIONS' RIGHTS TO FUNDS FROM EMPLOYER CORRESPONDING TO EARNED WAGES DUE), EACH PARTY'S CUMULATIVE LIABILITY FOR ALL CLAIMS ARISING OUT OF THIS AGREEMENT (INCLUDING, FOR CLARITY, EACH PARTY'S INDEMNITY OBLIGATIONS UNDER SECTIONS 8.1 AND 8.2 (INDEMNIFICATION)), SHALL BE LIMITED AS SET FORTH IN THE JOINT USER AGREEMENT.

(iv)     THE ABOVE EXCLUSIONS AND LIMITATIONS SHALL APPLY REGARDLESS OF (I) THE FORM OF CLAIM OR ACTION, AND (II) WHETHER DAMAGES ARE FORESEEN OR FORESEEABLE, EVEN IF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.  THESE EXCLUSIONS AND LIMITATIONS ARE CONDITIONS FOR ENTERING INTO THE AGREEMENT AND ARE REFLECTED IN THE FEES CHARGED HEREUNDER.  THIS AGREEMENT GIVES EMPLOYER NO CAUSE OF ACTION AGAINST COMPANY'S SUPPLIERS.  THE LIMITATIONS OF LIABILITY SET FORTH IN THIS SECTION 8 AND EXCLUSION OF CERTAIN DAMAGES SHALL APPLY REGARDLESS OF THE SUCCESS OR EFFECTIVENESS OF ANY OF THE EXCLUSIVE REMEDIES PROVIDED FOR UNDER THIS AGREEMENT.

**9.     Dispute Resolution**.

9.1     <u>Choice of Law</u>.  This Agreement and all duties and obligations arising pursuant to this Agreement shall be governed by the laws of the State of Florida, excluding the conflicts of laws rules of that State, as though this Agreement was made and performed entirely within that State.  Notwithstanding the preceding sentence, any and all matters relating to the copyrights or any other intellectual or industrial property rights hereunder will be governed by the substantive laws of the United States of America.

All other terms of Dispute Resolution are governed by the Joint User Agreement.

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.

- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

**10.    Miscellaneous**.

10.1    Assignment.  This Agreement may not be assigned by either Party, in whole or in part, including by operation of law, without the prior written consent of the other Party.

10.2    Notices.  Notices permitted or required to be given hereunder shall be deemed sufficient if given by registered or certified mail, postage prepaid, return receipt requested or by private courier service, addressed to the respective addresses of the Parties as set forth below.  Notices so given shall be effective upon receipt by the Party to which notice is given.  Notices by email shall be effective on the business day following the date on which the email is sent unless the sender receives an automatic response or other indication that the email account is not then monitored.

    If to Gratuity Solutions, at:    3520 Kraft Road, #200, Naples, Florida 34105

        Office@gratsync.com

    If to Employer, at the mailing address of the corporate office and the email address on file for

the Master employer contract.

10.3    Nonsolicitation.  During the Term and for a period of one (1) year thereafter, Employer shall not solicit any current Gratuity Solutions employee or any former Gratuity Solutions employee who provided Services to Employer. Notwithstanding the foregoing, nothing herein shall prevent either Party from hiring as an employee any person who responds to an advertisement for employment placed in the ordinary course of business by that Party and/or who initiates contact with that Party without any direct solicitation of that person by that Party or any agent of that Party.

10.4    No Agency.  The Parties are independent contractors and not partners, joint venturers or otherwise affiliated and neither Party has the right or authority to bind the other Party in any way. Neither Party shall enter into any contracts in the name of, or on behalf of the other Party, nor will a Party be entitled to pledge the credit of the other Party in any way or hold itself out as having authority to do so. Each Party is solely responsible for payment of any taxes and fees applicable to the respective Party relating to its performance pursuant to the Agreement.

10.5    Force Majeure.  No Party shall be liable to the other for any loss or damage attributable to, and neither Party shall deemed to be in default hereunder as a result of, any failure or delay in performance (other than the payment of amounts due under this Agreement) caused by force majeure.  For purposes of this Agreement, the term "force majeure" shall include strike, lockout, earthquake, hurricane, flood, fire, or other acts of God or nature, war, rebellion, civil disorders, piracy, acts of civil or military authorities, widespread electrical or telecommunications failures (including successful attacks on the Internet infrastructure), pandemic, epidemic, and any other causes beyond the reasonable control of

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.
- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.

the Party whose performance is affected.  Both Parties shall use all reasonable efforts to minimize the consequences of force majeure.

10.6     Entire Agreement; Amendment.  This Agreement, including the Exhibits and any Addendums, constitutes the entire agreement of the Parties with respect to the subject matter hereof, and supersedes all prior and contemporaneous agreements and proposals, whether oral or written.  There are no terms, conditions, or obligations other than those contained herein.  This Agreement may be modified only in a writing signed by both Parties.  If any terms herein conflict with the Joint User Agreement, the Joint User Agreement terms shall control.

10.7     Waiver.  No failure by either Party to take any action or assert any right hereunder shall be deemed to be a waiver of such right in the event of the continuation or repetition of the circumstances giving rise to such right.  Any waiver by a Party of any of its rights under this Agreement shall be in writing signed by such Party.

10.8     Severability.  If any provision of this Agreement is found unenforceable under any laws or regulations applicable thereto, such provision terms shall be deemed stricken from this Agreement, but such invalidity or unenforceability shall not invalidate any of the other provisions of this Agreement.

10.9     Counterparts.  This Agreement may be executed in two or more counterparts, and each such counterpart shall be deemed an original hereof.  Facsimile or PDF signature pages shall be deemed original counterparts.

40

- Gratuity Solutions, the Gratuity Solutions logo, GratSync, and GratShare are trademarks of Gratuity Solutions LLC and the services provided are further protected by US Patent #9,741,050 and #10,726,436 owned by Gratuity LLC. All other marks are the property of their respective owners.
- Copyright © 2017 Gratuity Solutions, LLC and Gratuity LLC.  All rights reserved.