# EXHIBIT 21

August 18th, 2016

joy@busboysandpoets.com
Busboys and Poets
Washington, DC

RE: Offer for Gratuity Solutions Services

Dear Joy,

Thank you for your interest in Gratuity Solutions, at this time we are willing to offer our services, for the first 12 month service contract, for each Busboys and Poets Restaurant Group establishment subject to the terms set forth herein and the Company's Service Level and User Agreement.

Per your request we have prepared two payment options for our services:

(Option 1) Fluctuating monthly fee: Based on information you have provided us with related to your establishments, a fluctuating system calculated daily "Pay per use / per active employee" will be $4.50 fee (15 cents per day). After applying corporate group discount your fee will be *$3.00 per month/ per employee as an all inclusive premium.

(Option 2) Discounted Group membership all inclusive premium flat fee of $1,000.00 a month for all 7 locations. This offer is contingent on all of yours Group's establishments being installed with Gratuity Solutions in 90 days after trial.

*Our system automatically calculates the number of tipped employees that have worked for the month and this number will be multiplied by the fee set forth in the Options above to determine the total monthly fee due and owing.

**Services to Busboys and Poets Restaurant Group:**

Installation, configuration, development changes/customization, daily calculations, Insurance for errors and omissions, data hosting and archiving, 24/7 Help Desk support.

**Services to Busboys and Poets Restaurant Group tipped Employees:**

Web Portal access, Smart Phone Application, Help Desk support, data hosting and archiving. In the event a tipped employee's employment with company is terminated, said user(s) will still have access to their records for 3 years.

We have used the following method of calculation to establish the return on investment and over all benefits:

**Manager time savings:** A manager typically spends an average of 20-30 minutes at the end of each day reconciling the tip distribution spreadsheet, which amounts to a 2,333 to 5,250 labor hours per store, per year that could be utilized to improve the customer experience instead of a task that should not be the responsibility of the establishment. Additionally, the time and office manager or controller's time spent aggregating all tip data in a spreadsheet, keying redundant data information into a payroll pay stubs cannot be quantified.

**Server/Bartender/Cashier check out times**: Additionally, much time is lost accounting for an average of only 28 checkouts (your minimum/low) per each day (lunch/dinner) and considering that each employee spends an average of 5 minutes using the current forms and a calculator to figure out the due back exchange and tip outs. In addition the periodic 10-15 minutes spent with a manager to review for errors and process the cash exchange. The time savings could be anywhere from 5-15 minutes per employee, per day. Using a base of 350 working days per year, that would amount to a minimum of 800-2400 labor hours per year. Depending on your state wage rates, we will take an average $6 per hour, which would be a minimum of $4,800 to $14,400 annually per store.

Taking an average expense of $7,200.00, for the labor cost associated solely with tip out/cash out procedures for each unit of the Busboys and Poets Restaurant Group, this would relate to a comparison of the total current annual expense of $50,400.00 per year vs. the actual cost of GratShare services.

Our software solution not only pays for itself, but could also saves you thousands of dollars in labor cost and eliminates an establishment's liability associated with tip management, while also providing intangible benefits of manager efficiency, transparency, increased trust and control.

This offer is contingent on the following conditions:

1. All Busboys and Poets establishments are installed / on boarded within 120 days from acceptance;
2. The first 30 days post installation are free for each location.

All the terms of this offer are personal to your establishments and therefore are strictly confidential and are not to be disclosed or offered to any third party unrelated to your group.

Upon your acceptance of the terms and conditions set forth herein, please countersign and return this letter and we will begin the installation process. Should you have any questions regarding this matter, please do not hesitate to contact me.

Thank you for your consideration herein.

Sincerely,

Monika Mozolicova
Vice President of Operations

Acceptance:

_____

Print Name:_____